**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ANDRE DARNELL ARNOLD,

Plaintiff,
v.

Case No. 24-CV-11776-DT
Hon. Denise Page Hood

SAFERENT SOLUTIONS, LLC, et al.,

Defendants.
_________________________________/

# JUDGMENT

This action, having come before the Court and the Court having issued an order dismissing the case this date, accordingly,

Judgment is entered against Plaintiff and in favor of Defendants.

KINIKIA D. ESSIX
CLERK OF COURT

Approved:

By: LaShawn Saulsberry
Deputy Clerk

/s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED: August 30, 2024

Detroit, MI