**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

**Andre Darnell. Arnold**
**Protected Class Members.**
**42 U.S.C. 3613 Enforcement.**
**42 U.S.C. 12188 Enforcement.**
**42 U.S.C. 1982 Property Rights.**
**42 U.S.C. 1985 Conspiracy.**
**28 U.S.C. 1651 Duty Owed Plaintiff.**
**Civil Rights Act. 1968 Ratified.**

**Amended Complaint**
**Case No. 2:24-cv-11776**
**District Judge Hon: Denise Page. Hood**
**Magistrate. Elizabeth A. Stafford**

**Vs.**
**Multi Defendants/Parties.,**
**SafeRent Solutions LLC.**
**Stone Point Capital.**
**Insight Partners.**
**CoreLogic.**
**Experian.**
**PMC SFR Borrowers.**
**Progress Residential.**

**Pretium Partners.**
**Mountains Edge Master Association,**
**Nevada Community Management,**
**see: continue parties for liability,.**
**To: The Honorable. Denise Page. Hood.,**
**Here, at the Theodore Levin United States District Court, Detroit Michigan.**
**The Violations contained herein are continuing referring to a series of Discriminatory Acts.**
**This Enforcement Action is a Multi Defendant Complaint brought under The Act.**
**Notice of Motion and Motion, for Amended Complaint,.**
**Constitutional Federal Civil Rights Enforcement Action, Complex Litigation, Collateral Act, Constitutional Challange, Black Code Laws, Impliment by Legislation of Congress,**
**Under such terms found under Section 5.**
**Constitutional Federal Civil Rights Enforcement Action For Fair Housing**

**THE CONSTITUTIONAL FEDERAL CIVIL RIGHTS ENFORCEMENT ACTION FOR FAIR HOUSING & EQUAL OPPORTUNITIES**

**Discriminatory Housing Practice Means an Act that is Unlawful Under Section 804, 805, 806, or 818 of the Fair Housing Act.**
**For purposes of determining liability under paragraphs (a)(1)(ii) and (iii) of this section, prompt action to correct and end the discriminatory housing practice may not include any action that penalizes or harms the aggrieved person, such as eviction of the aggrieved person.**
**To: The Hon. Denise Page. Hood. Here, at the Theodore Levin United States District Court, Detroit Michigan.**

**Oct. 17th 2024. Protected Class Member(s) Andre Darnell. Arnold, submitted the Constitutional, Federal, Civil Rights, Enforcement Action.**
**Under Direct 100.7 Liability for discriminatory housing practices.**
**A person is directly liable for the person's own conduct that results in a discriminatory housing practice.**
**Failing to take prompt action to correct and end a discriminatory housing practice by that person's employee or agent, where the person knew or should have known of the discriminatory conduct.**
**It should also be noted, Home Is a place of privacy, security, and refuge or should be and harassment that occurs in or around one's home can be far more intrusive, violative and threatening than harassment in the more public environment of one's workplace.**
**Consistent with this reality, the Supreme Court has recognized that individuals have heightened expectations of privacy within the home.**
**Rule 5.1. Constitutional Challenge, As such the District Court must,**
**Under 28 U.S.C. 2403. Certify to the Appropriate Attorney General**
**a Statute has been Questioned Certification at (b).**
**Merrick B. Garland, Attorney General.**
**28 U.S.C. 1331 Federal Question; The District Courts shall have Original Jurisdiction of all Civil Actions Arising Under the Constitution, Laws, or Treaties of the United States.**
**28 U.S.C. 1361 Gives the United States District Court Jurisdiction of An action In the Nature of Mandamus to Compel Officers of the United States or Any Agency thereof to Perform a Duty Owed to the Plaintiff.**
**28 U.S.C. 1391 Venue(s) General - And District Court Discretion, Corporation, MDL, Government..**

**These Allegations in this Litigation is said to be Complex, Multi Theory's, Under, Fair Housing Act.**

**Rule 18. Joinder of Claims**

**In General. A party asserting a claim, counterclaim, crossclaim, or third-party claim may join, as independent or alternative claims, as many claims as it has against an opposing party.**

**This includes claims that arise from different transactions or events, and legal and equitable claims can be joined together.**

**42 U.S.C. 12212 Alternative means of Dispute Resolution.**

**Where appropriate and to the extent authorized by law, the use of alternative means of dispute resolution, including settlement negotiations, conciliation, facilitation, mediation, fact finding, minitrials, and arbitration, is encouraged to resolve disputes arising under this chapter. 42 U.S.C. 12101 Sept 5th, 2023.**

**CONSTITUTION CHALLENGE**

**The Honorable. Denise Page. Hood.**

**Here, at the Theodore Levin United States District Court, Detroit Michigan.**

**Oct. 17th 2024. Protected Class Andre Darnell. Arnold, submitted**

**The Constitutional, Federal, Civil Rights, Enforcement Action.**

**The Honorable, Denise Page. Hood,**

**The Supreme Court ruled that private institutions cannot discriminate based on race, and that racial discrimination in private institutions violates 42 U.S.C. 1981.**

**A Civil Right is an Enforceable right or privilege, which if Interfered with by another gives rise to an action for Injury.**

**Discrimination occurs when the Civil Rights of an Individual are denied or Interfered with because of the Individual's Membership in a Particular group or Class and for purposes of determining liability under this section.**

**Prompt action to correct and end the discriminatory housing practice may not include any Action that Penalizes or Harms the Aggrieved person, such as Eviction of the Aggrieved Person, respectfully submitted.**

**Now that all Intentions have been made clear, let's get off into The Action.**

**Rule 5.1. Constitutional Challenge: the District Court must be under**

**28 U.S.C. 2403. Certification to the Appropriate Attorney General a Statute has been Questioned. (b) Certification.**

**28 U.S.C. 1331. Federal Question: The District Courts shall have Original Jurisdiction of all Civil Actions Arising Under the Constitution, Laws or Treaties of the United States.**

**Background and credit reports provide information pertaining to individuals, and have commonly been used to deny Classe(s) and Member(s) when Applying with automated applications.**

**The Defendants screening reports are inaccurate, this can be found under Discrimination, the revelations at The Fair Housing & Equal Opportunities, for further Enforcements.**

**see: Andre Arnold v. Safe Rent Solutions LLC.**

**see: Terry Brown v. CoreLogic RPS.**

**see: Carman Arroyo, Mikhail Arroyo v. Corelogic RPS.**

**However the question here is rather those inaccuracies have a Disparate Impact and on African Americans, Hispanics, Minorities, and other similarly situated Individuals, and those with handicaps or disabilities, under the ADA.**

**FAIR HOUSING ACT. PROHIBITS DISCRIMINATION**

**The Fair Housing Act. Prohibits Discrimination by Entities such as the Defendants, the Act. makes it unlawful to refuse to rent after making a bona fide offer, or otherwise make unavailable or deny a dwelling to any person because of race, color, disabilities, or national origin,**

**Per: FHEO. The U.S. The Supreme Court and other Federal Courts Construe the FHA's language broadly and as requiring generous construction.**
**see, e.g., Tex. Dep't of Hous. & Cmty. Affairs v. Inclusive Cmtys. Project, Inc., S. Ct. 2507, 2521 (2015).**
**United States v. City of Parma, 494 F. Supp. 1049, 1053 (N.D. Ohio 1980).**
**The Fair Housing Act. U.S. DEP'T JUST.**
**Likewise, it's unlawful to Discriminate against any person in the terms, conditions, or privileges of sale or rental of a dwelling, or in the provision of services or facilities in connection therewith, because of race, color, disability, national origin.**
**see:Trafficante v. Metro. Life Ins. Co., 409 U.S. 205, 209, 212 1972**
**see: Griffin v. Breckenridge, 403 U.S. 88, 97 197**
**Communications among non-attorneys in a corporation may be privileged if made at the direction of counsel, to gather information to aid counsel in providing legal services In analyzing communications created at the direction of in-house counsel, courts must be wary that the involvement of the attorney is not being used simply to shield corporate communications from disclosure.**
**Sky Angel U.S., LLC v. Discovery Commc'ns, LLC, 28 F. Supp. 3d 465, 486 (D. Md. 2014) (quoting In re Rivastigmine Patent Litig., 237 F.R.D. 69, 80 (S.D.N.Y. 2006)).**
**CoreLogic argues that it competes at the "highly regulated intersection of housing law, the FCRA, and privacy laws. "ECF No. 54 at 27.**
**Any proposed changes to the company's matching logic or search algorithms must involve legal counsel to ensure that those changes comply with the myriad of state and federal laws.**
**The legal department's participation in CoreLogic's matching review process is therefore implied.**

**Consequently, CoreLogic argues that the communications and documents created during CoreLogic's internal matching logic reviews were made at the direction of corporate counsel. Id. at 28-29.**

**In their affidavits, CoreLogic's attorneys as well as its Vice President of Analytics, David Diehl, reiterate that "the process of assuring accuracy for matching' criminal records to the data provided by the property manager, landlord, or leasing agent necessarily implicates issues of legal compliance to ensure that RPS's processes are reasonably designed to assure maximum accuracy. ECF Nos. 54-7, 54-8, 54-9.**

**CoreLogic's justification is belied by the content of the undisclosed documents and the facts surrounding circumstances of their creation.**

**The undisclosed documents show that CoreLogic reviewed its matching logic for accuracy to continue maximizing its profits and remain relevant in its market.**

**Nowhere in the documents created and distributed among non-attorneys is there any indication that the primary purpose of conducting an internal review into the company's matching logic was to comply with state or federal law, or to seek legal advice. In re CV Therapeutics, Inc. Sec. Litig., 2006 WL 2585038, at *1-3 (explaining that documents sent to non-attorneys are not privileged when counsel is only carbon copied or sent the document secondarily). Accordingly, the remaining non-attorney documents and communications are not protected under the attorney-client privilege.**

**TECHNOLOGY AND INTELLIGENCE**

**Artificial Intelligence has been used as a means of fraudulent Conduct by Techs who Employ these Threats through ML, and other Intelligence, such Personal financial Attacks, which are also considered hacks, which is a disadvantage for blacks and other minorities, and all Americans of Race**

**Color and Disabilities, beyond such even the middle class could never go against these Super Star Lawyers, so we have been taking advantage of and it's unacceptable and a means to an end seems far out of touch.**

**The hacker who's going after an individuals, credentials or usernames and passwords, what's relied on there is Americans entire lives, disposed of by these threats and exposures, then sold to other entities, businesses and citizens and Countries by means of the Culture by same Vultures and obvious that America's are a Joke to them, U.S. Citizens are broke and housing is lease or rent to own and actually in America you never "Own" anything while it's true as humans a rental is needed but let's first take a look at Michigan.**

**My goodness! Here, the minimum wage is $10.33 per hour.**

**The Michigan Department of Labor and Economic Opportunity, for Enforcement Guidance,. Furthermore the States minimum wage will only increase in a year whereas unemployment is above 8.5%.**

**As a Country the United States has continued to not only have it's privacy exposed, but also cloned, sold and traded by these Corp Giants Joining Forces to Globally Acquire whole nations through Acquisition, the revelation of those Politics fall in line with Banking, and we can't exclude those such as BlackRock and Bank of America, Central Banking, and many of those transaction can be found under Anti - Trust, Trade and Competition which Segregates, Eliminates, Creates Poverty and Exclusion.**

**The Division is horrific, see; "Treasure" "Debt" and "Current Economy".**

**The District Courts should make such an order preventing harm and injury to all protected classes members through these atrocities.**

**U.S. DEPARTMENT OF HOUSING**

**U.S. The Department of Housing and Urban Development HUD released guidance addressing the application of the Fair Housing Act. to the use of**

**artificial intelligence poses particular concerns in the tenant screening process discrimination enabled by automated or algorithmic tools used to make decisions about access to housing and in other real estate-related transactions.**
**President Biden Before the 79th Session of the United Nations**
**General Assembly New York, NY.**
**First: Does an international community govern AI? As countries and companies race to uncertain frontiers, we need an equally urgent effort to ensure AI's safety, security, and trustworthiness.**
**Also must grow more responsive to our collective needs and values.**
**The benefits of all must be shared equitably.**
**It should be harnessed to narrow, not deepen, digital divides.**
**Second: Will we ensure that AI supports, rather than undermines, the core principles that human life has value and all humans deserve dignity?**

**LIABILITY FOR DISCRIMINATORY HOUSING**

**24 CFR 100.7 Liability for Discriminatory Housing Practices (1)(i)(ii)(iii)(2)(b) A Person is Directly Liable, for 3rd parties or Otherwise Is Vicariously Liable for a discriminatory housing practice by the person's agent or employee, regardless of whether the person knew or should have known of the conduct that resulted in a discriminatory housing practice, consistent with agency law.**

**DISPARATE IMPACT WITH A SEGREGATIVE EFFECT**

**24 CFR 100.500 Discriminatory Effect Prohibited.**
**A. b. 1. (i)(ii)(2)C. 1. 2. 3. Disparate Impact/Segregative Effect.**
**Texas Dept. of Housing and Community Affairs v. Inclusive Communities Project, Inc., 576 U.S. 519 (2015), was a United States Supreme Court case in which the Court analyzed whether disparate impact claims are cognizable under the Fair Housing Act.**
**The two theories have been recognized by numerous Courts, which, along**

**with evidence supporting both types of Discriminatory Effect Claims in A single case are duly invited as such. 24 C.F.R. 100.500 (c)(1) According to Inclusive Cities. Project, 135 S. Ct. at 2522-23.**
**A discriminatory effect can also be proven with evidence that the policy or practice creates, increases, reinforces, or perpetuates segregated housing patterns. see; 24 C.F.R. 100.500.**
**Title VIII of the Civil Rights Act of 1968, Pub. L. No. 90-284, 82 Stat. 73 (1968). The FHA, as amended, is codified at 42 U.S.C. 3601 – 3619 (2015).**
**See Implementation of the Fair Housing Act's Discriminatory Effects Standard, 78 Fed. Reg. 11,460, 11,482 (Feb. 15, 2013) (promulgating 24 C.F.R. 100.500).**
**As the agency primarily responsible for administering the FHA.**
**see: 42 U.S.C. 3608(a) HUD's regulations interpreting the FHA are entitled to substantial deference, see Meyers v. Holley, 537 U.S. 280, 287–88 (2003).**
**See: 24 C.F.R. 100.500(c) (2017). three-step process, see infra Section I.A.**
**See: Metro. Hous. Corp. v. Village of Arlington Heights, 558 F.2d 1283, 1288–94 (7th Cir. 1977); United States v. City of Black Jack, 508 F.2d 1179, 1184–85 (8th Cir. 1974).**
**The Arlington Heights and Black Jack cases are discussed in detail infra Section I.C.1. 2017.**
**Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000e et seq.,**
**Governs the analytical framework under the FHA and the ADA.**
**see: Budnick v. Town of Carefree, 518 F.3d 1109, 1113–14 (9th Cir.2008).**
**Plaintiffs may establish discrimination in violation of the FHA under a theory of Disparate Treatment or Disparate Impact.**
**Gamble v. City of Escondido, 104 F.3d 300, 304-05 (9th Cir. 1997)**
**(citing Pfaff v. U.S. Dep't of Hous. Urban Dev., 88 F.3d 739, 745 n. 1 (9th Cir.**

**1996) Ring v. First Interstate Mortgage, Inc., 984 F.2d 924, 926 n. 2 (8th Cir. 1993). Under 3604(f)(3)(B) of Title 42.**
**Hernandez v. Hughes Missile Sys. Co., 362 F.3d 564, 568 (9th Cir.2004).**
**Plaintiffs raising claims of discrimination under these statutes can proceed under either of two distinct theories, styled "disparate treatment" and "disparate impact." The paradigmatic instance of disparate treatment, accordingly, is the selective enforcement of an otherwise fairly framed law or policy. see: e.g., McDonnell Douglas Corp. v. Green, 411 U.S. 792, 802, 93 S.Ct. 1817, 36 L.Ed.2d 668 (1973). precedents have also recognized an "alternative approach" to proving disparate treatment in certain scenarios.**
**see: McGinest v. GTE Service Corp., 360 F.3d 1103 (9th Cir.2004).**
**Disparate Treatment When a worker faces an adverse employment action, or a municipal board denies a permit or zoning variance to an applicant, the aggrieved party may provide direct or circumstantial evidence that impermissible discriminatory intent tainted the decision-making process.**
**see: e.g., Budnick, 518 F.3d at 1114.**
**When disparate treatment is claimed as a result of the denial of a special use permit, Plaintiff may also simply produce direct or circumstantial evidence demonstrating that a discriminatory reasons are more likely than not motivated by the challenged decision. Internal quotation marks omitted.**
**In such a situation, the plaintiffs would not need to show selective enforcement of an employment policy or land-use law to survive summary judgment.**
**The adverse result, motivated by a discriminatory reason, is a sufficient showing of discrimination.**
**Plaintiffs may also sue on the theory that a local municipality failed to make reasonable accommodations for housing for the disabled. Id., at 305.**
**Budnick asserted its discrimination claim under all three of these theories.**

**We consider each theory in turn.**

**CONSTITUTION CHALLENGE HOMEOWNERS ASSOCIATION**

**The home owners association is a segregated entity which does not treat those that are not homeowners equally, this is in respect to renters tenants lease Homeowners rules laws policies are different from the Renter, one owns the property while the other leases it.**

**When Homeowner lives in commonwealth communities it falls under the laws governed by the association in addition to the CC&R.**

**A civil right is an enforceable right or privilege, which if interfered with by another gives rise to an action for Injury.**

**Discrimination occurs when the civil rights of an individual are denied or interfered with because of the Individual's Membership in a particular Group or Class. 42 U.S.C. 3613. Enforcement by Private Person(s) (c)(1)(2)**

**Constitutional Question Why are Black men and Women being recycled in the United States of America's political Monopoly Which is intended to continue recycling "colored people and those of race and with disability Including, ALL Americans and likeminded Peaceful People.,**

**Quoting Discrimination has no Color nor does Retaliation.**

**SafeRent, doing business as CoreLogic Rental Property Solutions, is a leading provider of risk management services to multi-family property owners and managers in the U.S. In November 2002, SafeRent was acquired by First American Corporation and subsequently reorganized as a unit of CoreLogic Inc.State: Texas State ID: 803182711 Date Filed; Friday, December 7, 2018 Corelogic Saferent, Inc. Benjamin Brooks Price President Manager Member**

**The information and evidence shows that millions of others of Color, Race and with Disabilities are still at risk and will continue to be discriminated against for Corporate Profits which are aligned with that of Segregation & Servitude**

**by way of Black Code Laws.**

**Mr. Arnold was engaging in a protected activity requesting ADA and because of this SafeRent Attorney harassed publicly, in writings and by interference resulting in harm and damages to Mr. Arnold's home, daily life activities along with his thinking mentally.**

**The Act. FHA ADA. Mr. Arnold is a Protected Class Member.**

**Section 818 cases need not be a housing provider, anyone who engages in hostile behavior toward a Protected Class Member who's exercising Fair Housing Rights has standing. section 818 written statement.**

**Automated predictive tools or machines also known as AI, an ML, datasets, inputs - output which have proven to result in disparate impact, however it should be noted that humans build these machines and write the codes.**

**Mr. Arnold's denial was also in relation to "CrimSafe" said to be a CoreLogic solution, note: StonePoint Capital Insight Partner(s) full acquisitions of CoreLogic. Moreover, Technology, ML. AI. and Algorithms have a Disparate Impact on those of Color, Race, Disability.**

**Federal Case Multiple Count(s) & Violation(s)**

**1. Interference 2. Retaliation. 3. Intimidation. 4. Coercion,**

**Sec. 818. 42 U.S.C. 3617**

**42 U.S.C 3617 Interference, coercion, or intimidation**

**42 U.S.C 12203 Prohibition against retaliation and coercion**

**42 U.S.C 12188 Enforcement**

**24 CFR 100.75 Discriminatory advertisements, statements and notices. (c)(1)**

**Title VII affirmative defense to an employer's vicarious liability for hostile environment harassment, by a supervisor under Title VII of The Civil Rights Act. of 1964 does not apply to cases brought pursuant to The FHA.**

**Mr. Arnold filed a Complaint here in the Eastern District Court of**

**Detroit Michigan, The Act ADA. Enforcement Action Allegations & Claims. Automated predictive machines and algorithms that mix sexual registries with credit reports & files harming those of Color, Race & Disability. The use of CrimSafe violates the Civil Rights of those of Color, Race, & Disabilities. Constitutional, Federal, Civil Rights, Action. Under the Fair Housing Act. & Americans with Disabilities Act. amend,. The Act. Deceptive Discriminatory Practices. DDP The Act, Andre Darnell. Arnold. ADA, Multiple Allegations Parties And Claims, SRS states in documents they submitted an inquiry removal request from Experian for a second inquiry, on the Protected Class Members credit file application was denied.**

**SRS states they received Mr. Arnold's Complaint see: CFPB Complaint, SafeRent Solutions LLC.**

**In those documents provided by the CFPB complaint portal, public, returned false misleading information concerning the communication between Mr. Arnold and a person claiming to be an attorney for the Defendants in which Mr. Arnold, found to be Discriminatory, Allegations & Claims.**

**Maintaining the Integrity of the Profession Rule: 8.4 Misconduct**

**It is professional misconduct for a lawyer to violate or attempt to violate The Rules of Professional Conduct, knowingly assist or induce another to do so, or do so through the acts of another commit a criminal act that reflects adversely on the lawyer's honesty trustworthiness or fitness as a lawyer in other respects engage in conduct involving dishonesty, fraud, deceit or Misrepresentation engage in conduct that is prejudicial to the administration of justice state or imply an ability to influence improperly a government agency or official or to achieve results by means that violate the Rules of Professional Conduct or other law knowingly assist a judge or judicial officer**

**in conduct that is a violation of applicable rules of judicial conduct or other law or engage in conduct that the lawyer knows or reasonably should know is harassment or discrimination on the basis of race, sex, religion, national origin, ethnicity, disability, age, sexual orientation, gender identity, marital status or socioeconomic status in conduct related to the practice of law.**

**In the Eastern District Court of Detroit Michigan,**

**The Act. Enforcement Constitutional Federal Civil Rights Action.,**

**The Fair Housing Act (or Act) prohibits discrimination in the sale, rental, or financing of dwellings and in other housing-related activities on the basis of race, color, religion, sex, disability, familial status or national origin.**

**HUD's Office of General Counsel issues this guidance concerning how the Fair Housing Act applies to the use of criminal history by providers or operators of housing and real estate transactions.**

**Background. As many as 100 million U.S. adults or nearly one-third of the population have a criminal record of some sort.**

**The United States prison population of 2.2 million adults is by far the largest in the world.**

**As of 2012, the United States accounted for only about five percent of the world's population, yet almost one quarter of the world's prisoners were held in American prisons.**

**Since 2004, an average of over 650,000 individuals have been released annually from federal and state prisons and over 95 percent of current inmates will be released at some point.**

**When individuals are released from prisons and jails, their ability to access safe, secure and affordable housing is critical to their successful reentry to society.**

**Yet many formerly incarcerated individuals, as well as individuals who were**

**convicted but not incarcerated, encounter significant barriers to securing housing, including public and other federally subsidized housing.**

**Decent, stable, and affordable housing is a critical prerequisite to health, safety, education, jobs, and the economy.**

**Unfortunately, individuals with a criminal history consistently face daunting barriers to obtaining and maintaining housing.**

**Updated data shows that individuals with disabilities are also disproportionately impacted by the criminal justice system.**

**Research shows that these disparities cannot be simply attributed to certain groups committing more crimes and are better explained by biases in the criminal justice system.**

**Housing providers frequently employ policies or practices that exclude individuals with criminal involvement from housing, which should raise red flags.**

**Example: Housing providers commonly use tenant screening companies that provide background check reports that are often inaccurate, incomplete, or have no relationship to whether someone will be a good tenant. This information is then used to deny housing to otherwise qualified applicants. As another example, housing providers sometimes utilize third-party companies to independently screen and reject applicants using algorithms that may contain racial or other prohibited bias in their design.**

**Also at times, some housing providers inform potential tenants that they do not rent to persons with "criminal records, deterring those with any criminal involvement from applying.**

**ONE OF GREATEST DISPARITIES & CAUSES OF POVERTY AND IMBALANCE WITHIN UNITED STATES ECONOMY IMPACT**

**Racial Disparities within United States consisting of over populated Prison & Jail Systems, United States has Local Jails, State Prisons, Juvenile Correctional Facilities, Immigration Detention Facilities, Federal Prisons, Indian Country Jails in addition to numerous Military Prisons and other Facilities that serve as permanent or temporary detention centers.**
**Law Enforcement, Criminal Courts, Federal and State Court(s) alike.**
**Black and Latinx people make up 30% of the U.S. population,**
**yet account for 51% of the jail population**
**United States creates Laws, Regulations, Policies, which hinder and restrict those of color, minorities and those with disabilities.**
**Allegation & Claims.**
**Mr. Andre Darnell. Arnold, Is 43 years of age, Born 2/22/1980.**
**The Protected Class Member is Handicap by way of Vision, Mental, Physical Disabilities.**
**The Act. ADA Is an African American Male, Color, Black.**
**Mr. Arnold was seeking Housing when applying as Co Applicant.**
**Plaintiffs Spouse submitted an application for a residential rental property through Company Progress Residential Management.**
**The tenant screening process was conducted by SafeRent Solutions LLC, f/k/a/ CoreLogic RPS. Mr. Arnold's Experian credit report freeze was lifted. Arnold's application was denied, additionally emails were sent attached with adverse action letters, this came along with instructions to contact SafeRent for any denial related questions or disputes.**
**note: emails also gave notice denial, in short was information contained in the consumer report obtained from SafeRent.**

**In this instance, SafeRent gathered information utilizing automated tools, machines and predictive solutions, algorithms, CrimSafe, which pertained to a registered sex offender, Andrey Love. Young, and identified**
**Andre Darnell. Arnold as such, additionally, multiple counts of sexual assault charges were added to the tenant screening report. Direct Evid.**
**The Defendants relied on what was said by its representative's, public records/information, for the purpose of criminal background check.**
**Direct Evid: audio.**
**The Defendants Andrey Love. Young registration is in the State of Pennsylvania. Direct Evid.**
**The Defendants used a photograph of Andrey Love. Young, painted the offender as Andre Darnell. Arnold.**
**note: Lifetime Registration, offense 3124.1 sexual assault, profile Pennsylvania State Police Megan's Law Public Records website, which reads any person who uses the information contained herein or otherwise misuses this information, may be subject to criminal prosecution or civil liability.**
**The SafeRent Report provided reads Andre L. Young - DOB 00/00/1980.**
**Direct Evid:**
**Mr. Arnold was provided with what was said to be a reinvestigation report however that investigation was provided in part to further hide and conceal its Technology bias, documents also reads specific vendors had not been used, information pertaining to the vendor has been requested multiple times by**
**Mr. Arnold, to no avail, Direct Evid:**
**The Defendants utilized the Protected Class Members social security, and credit report to authenticate the information, documents read social presumed accurate, Disparate Impact, Direct Evid:**
**The Defendants registered sex offender Andrey L. Young who's true name is**

**Andrey Love. Young was incarcerated when said records were generated, then re-produced and published by SafeRent, Direct Evid:**

**The Defendants were aware that such Technology used as an identifying tool machines, would reject the Protected Class Member yet SRS nor PRM complied with the Fair Housing Act. nor HUD guidance, Direct Evid:**

**The Act. Andre Darnell. Arnold has no relation to Andrey L. Young, 00/00/1980 (nor) Pennsylvania.**

**The Act. Andre Darnell. Arnold was a resident in the State of South Carolina at such time and prior, California, Direct Evid:**

**The Act. Andre Darnell. Arnold has no registration requirements, nor arrest relating to sexual assault nor convictions relating to sexual misconduct Direct Evid. Mr. Arnold has no aliases, no monikers, nor nicknames in reference to,**

**Andrey L. Young or Andre Young - 00/00/1980, Direct Evid.**

**Additionally, the record reads "Who otherwise misuses this information, may be subject to criminal prosecution or civil liability and the information has been misused. Direct Evid:**

**RULE 201. JUDICIAL NOTICE OF ADJUDICATIVE FACTS**

**In 2016, HUD provided guidance indicating that excluding rental applicants due to Criminal records has a disparate impact for Latinos and African Americans. To avoid this type of discrimination an individualized review should be conducted in order to determine if the affected individual poses a genuine and ongoing threat to persons or property.**

**Mr. Arnold was not given the opportunity to offer evidence or refute the information prior to it being provided to the property management company, (a) registered sex offender. (b) multiple counts. (c) criminal records/reports. (d) Pennsylvania, (e) Andre L. Young, (f) DOB 00/00/1980.**

**No individualized assessments were conducted prior to the defendants generating a denial, adverse action notice, resulting in injury harm and delays.**
**In which Mr. Arnold's finds barriers have been attached within the platform and technologies being used by SafeRent more specifically, artificial intelligence, machine learning, predictive tools, algorithms, analytics, workflow tools, data, codes, and the scientists or technologists, developers.**
**All have a Disparate Impact on those with Disabilities and of Color & Race.**
**In violation of the Fair Housing Act & Americans with Disabilities Act.**
**The Defendants did not conduct an individualized review of The Act.**
**to confirm suitability for tenancy before it's rejection nor did It offer the opportunity for such an assessment, true an individualized review would have shown that that the Protected Class Member posed no threat to the community, because he had no registration requirements in Nevada nor Pennsylvania in which the offender Andre L. Young was convicted and incarcerated.**
**Mr. Arnold has no arrest nor convictions for any sexual related crimes nor does The Act. Andre Darnell. Arnold has non registration requirements relating to Megan's law or otherwise.**
**SafeRent, Progress, CoreLogic nor Credco or Experian conducted a manual verifications and after multiple Lawsuits, the Defendants continues to report inaccurate information by way of it's unlawful information sharing, utilizing Machines, A.I. M.L. ALGORITHMS, PREDICTIVE TOOLS and criminal public records alike, willfully, In Violation of The Fair Housing Act.**
**1964 - 1968 Disparate Impact,**
**Furthermore the Protected Class Member may not ever be aware until a denial of some sort.**

**Disparate Criminal Record require Court Action to correct, which means the majority of those Black Americans, Race, Minorities and those with Disabilities remain prone to denials and discrimination by entities as both the Laws imposed upon Blacks and Disables enables companies to conduct business Nationally, and amongst other Countries which raises even greater risk when dealing with not only personal information but also Government Defenses, Banking, Technology and the Country's Economy, Mixed Motives New Theories, which arise from AI Bias and Discrimination found within that form of Technology and the Impact it will have on those with less securities, in an economy predicting to make all Slaves to Corporate America whom Politician have enabled with more power then them.**

**society individuals, humans of all Colors all Disabilities**

**Disparate Impact Congress Laws Policies Codes, Slavery Servitude Segregation, Breach of Security, Trade, Government, Privacy, Housing Economy, for Profits in Technologies in which the public can not see.**

**Disparate Impact Attorney General Merrick Garland, Mass Incarcerations of Black Americans, Latinos Race, Disabled all Colors, harm.**

**Protected Class Members, Disparate Treatment Disparate Impact.**

**Federal Trade Commission Disparate Impact, False Claims,**

**no private rights, Federal District Courts must come to FTC, false claims,**

**Disparate impact rule making policy regulations, credit, banking, technology, Consumer vs Protected Class Member(s) no Protection.**

**Disparate Impact CFPB, rule making, policy, practice and procedures, FCRA has no protection for those Protected Class Member(s) Dodd Frank Act, UPAAD FTC sec 5. Amend.**

**Both the FTC CFPB has permitted the company CoreLogic to Discriminate against the Protected Class Members(s) Color, Race, Disabilities.**

**Tenant Screening is a Housing Related Matter In which FHA ADA Applies FCRA does not for the Protected Class in respect to those terms.**

**In regards to Deception, currently on the CFPB website both SafeRent Solution LLC and CoreLogic both deceive the experts on their website, collectively, In which presents a serious issue for the Class in regards to passing history and events, such as harm to others.**

**The CFPB FTC sues for Hundreds of Millions of Dollars even Billions, yet makes request for cash amounts to secure consumers, when those who violate should pay that debt, pay with equipment, technology In short, all papers documents, records, which enables these companies to deceive, are at fingers push of a button, so I ask why can't the professionals, spot, monopolies form, or other Corp structuring which has led to mass segregation, privacy violation, and servitude upon those of Color Race & Disabilities.**

**Consumer Reporting Agencies have been taking advantage of these loopholes found in the FCRA, like thousands of others, we know this because company CoreLogic where these issues stem has repeatedly been sued for these same specific acts.**

**In other words a Disparate Criminal Record can not be adequately evaluated by, 1. Consumer Reporting Agency, 2. Landlord, 3. Owner, 4. Broker,**
**5. HOA or Property Manager(s) "WHY"**

**These Defendants use machines to keep up workflow.**

**Second misconduct by a law enforcement prosecutor or Judge leading to a conviction, would result in investigation and many other court actions In the Protected Class still being denied housing.**

**Disparate Impact, Furthermore the admission to the practice of law governs the rules and regulations of the bar association.**

**In which state the rules must not violate the constitutional requirements of due process and equal protection in the Fourteenth Amendment or be unrelated to one's ability to practice law.**
**The 13th and 14th amendment has been violated by way of segregation, will address further upon submission of the Constitutional Challenge.**
**Fact, relating, most Landlords and Property managers are not legally trained to make a decision concerning the Protected Class Members prior convictions in which raise the next question of fifth Amendment violations, which prohibits double jeopardy, furthermore, the 13th amendment is unclear, concerning, the conviction convicted incarcerate vs free, at what point? Federal Question error In the language of the 13th amendment slavery, servitude.**
**The Act. Enforcement, Rectification New Framework New Theories, Again no one has the qualifications to determine the convicted records after conviction(s) and release from prison, In which Mr. Arnold also claims violation(s) of 1983 upon those acting as agents of the Government.**
**The general requirements for admission to the bar are similar throughout the fifty states, an applicant must have good moral character, be a resident or employed in the state, have graduated from an accredited/certified law school, and pass a bar examination.**

## FAIR HOUSING ACT.

**Congress created the FHA in 1934. At the time, the housing industry was flat on its back 2. million construction workers had lost their jobs.**
**Terms were difficult to meet for homebuyers seeking mortgages.**
**Mortgage loan terms were limited to 50 percent of the property's market value. This included a repayment schedule spread over three to five years and ending with a balloon payment. America was mostly a nation of renters.**

**Only 1 in 10 households owned homes.**

**HUD SHORT HISTORY U.S. Housing Act of 1937 1965, Department of Housing and Urban Development Act of 1965 creates HUD as Cabinet-level agency.**

**1966, Robert C. Weaver becomes the first HUD Secretary, January 18.**

**1968, Riots in major cities followed the assassination of Dr. Martin Luther King Jr.**

**Civil Rights Act. of 1968 also known as the Fair Housing Act.**

**outlaws most Housing discrimination, gives HUD enforcement responsibility.**

**Low - Income Housing Preservation and Resident Homeownership**

**Act. of 1990 fortifies Federal commitment to preservation of - assisted**

**Low - income, multifamily housing.**

**1996, Homeownership totals 66.3 million American households, the largest number ever.**

**1998, HUD opens Enforcement Center to take action against HUD-assisted multifamily property owners and other HUD fund recipients who violate laws and regulations.**

**Congress approves Public Housing reforms to reduce segregation by race and income, encourage and reward work, bring more working families into public housing, and increase the availability of subsidized housing for very poor Families. In 2000, America's homeownership rate reached a new record-high of 67.7 percent in the third quarter of 2000.**

**A total of 71.6 million American families own their homes - more than at any time in American history.**

**In 2021, Marcia L. Fudge was sworn in as the 18th Secretary of the U.S. Department of Housing and Urban Development on March 10, 2021.**

**Housing Discrimination Under the Fair Housing Act.**

**Housing discrimination is illegal in nearly all housing, including private housing, public housing, and housing that receives federal funding.**

**The Fair Housing Act.**

**The Fair Housing Act protects people from discrimination when they are renting or buying a home, getting a mortgage, seeking housing assistance, or engaging in other housing - related activities.**

## OPENING STATEMENTS

**In this case of Disparate Treatment, The Evidence shows that the Defendants Acted with a Discriminatory Motives.**

**Such Evidence of a Motive may be Direct or Circumstantial.**

**The Class Members support all claims with Credible Direct Evidence.**

**In Which Case a prima facie case analysis is not used, Disparate Treatment Direct Evidence typically takes the form of a Facially Discriminatory Statement or Policy.**

**Notice; "A Policy is Facially Discriminatory if it "Explicitly Treats Members of a Protected Class Less Favorably than those who do not belong to the Protected Class".**

**28 U.S. Code 1331. Federal Question The district courts shall have original Jurisdiction of all Civil Actions arising Under the Constitution, Laws, or Treaties of the United States.**

**Venue is Proper Under 28 U.S.C. § 1391(b)**

**Claims and Allegations,**

**The Husband & Wife were forced to endure discrimination while applying for Rental Property in Las Vegas N.V.**

**BackGround and History.**

**The Class Members are a Married Couple Mr. Arnold is a Black Man with disabilities, consistent with vision, mental and physical impairments.**

**Mrs. Arnold is a White Woman, who was denied housing while applying with her black husband as a co applicant.**
**The couple utilized Corp/Entity "Progress Residential Management" a/k/a "Progress".**
**Housing Discrimination when applying an application or applying with or As Co -Ap**

**FAIR HOUSING ACT. AMERICANS WITH DISABILITIES ACT**
**DISPARATE IMPACT DISPARATE TREATMENT INTERFERENCE**

**Reasonable Accommodations/Modifications Denial & Prohibited Designed**
**The Fair Housing Act. FHA was enacted within its constitutional limitations, to Provide Fair Housing Throughout The United States,**
**The Act. Enforcement Prohibits Discrimination on the basis of Race, Color, Religion, National Origin, Sex, Physical and Mental Handicap, and Familial Status.**
**The Case filed: June 30, 2022. Titled: Andre Arnold v. SafeRent Solutions.,**

**DISPARATE IMPACT DISPARATE TREATMENT COMPLAINT**

**In Back & White, Class Member(s) are Protected by way of, Color, Race & Disabilities,.**
**Violation:**
**The Defendants, likewise all Consumer Reporting Agencies, all HomeOwners, Landlords, Property Managers, Brokers, Real Estate Agents/Agencies alike,. This should also Include Employers, Entities, Corporation & Companies who utilizes automated predictive tools also known as machines, technology, analytics, artificial intelligence, machine learning, algorithms or any other unspecified inputs or outputs such as codes datasets, all of which may be incorporated for the purpose of processing an application in housing, credit,**

**employment, loans, or criminal background checks, public records or other government records alike, and also CrimSafe. Violation; Terms and Conditions 3604 (b)**

**The defendant utilizes what are called performance names often used by actors and entertainers when performing in music, arts, or movie theater, Mr. Arnold has determined that the use of aliases a/k/a are prohibited as a method in determining an approval or any application in America, those who reject the proposal should also be charged for perpetuating segregation.**

**The Act. Enforcement states as follows, no U.S. citizen may obtain a driver's lic or social security card/num in America using a "Also Known As Name" Nor can a Person regardless of them being a Consumer or Identified as a Member of a Protected Class may enter the United States or any other Country using what I described as Stage Names, A/K/A.**

**"Judicial Notice of Adjudicated Facts"**

**The screening practices perpetuate segregation and deny Black applicants to be excluded or displaced from an area that is, or is becoming, predominantly White.**

**Disparate Impact Disparate Treatment Direct Evidence Direct Liability**

**The screening practices excluded the Mrs. Arnold who's identified as White when she applied her Husband as a Co Applicant, Protected Class by way of, African, American Color, Back.**

**Dru Sjodin National Sex Offender Public Website**

**Information from the various Jurisdiction Websites is not hosted by the Department, and the Department has neither responsibility for nor control over the information available for public inspection or search from individual Jurisdiction Websites.**

**The Department DOJ does not guarantee the accuracy, completeness, or**

**timeliness of the information contained in Jurisdiction Websites regarding specific offenders the website for registered sexual offenders and Sexually Violent Predators/Sexually Violent Delinquent Children**

**The Department DOJ information accessed or obtained through this Website may not reflect current residences, employment, school attendance, or other information regarding such individuals, and users are forewarned that it is incumbent upon them to verify information.**

**Any person who uses information contained in or accessed through this Website to threaten, intimidate, or harass any individual, including registrants or family members, or who otherwise misuses this information may be subject to criminal prosecution or civil liability under federal and/or state law.**

**The NSOPW does not offer a web service or an application programming interface API so searches can be done programmatically and browser interface is the only way to search for sex offenders.**

**The NSOPW is managed by the Office of Sex Offender Sentencing, Monitoring, Apprehending, Registering, and Tracking (SMART) as authorized by the Sex Offender Registration and Notification Act.**

**Pennsylvania State Police, Megan's Law Accuracy of the Information Contained within this Registry Positive identification of any individual whose registration record has been made available on the Internet registry can be verified only through the review of a properly executed fingerprint card.**

**The NSOPW website will display up to 300 results before reaching an error with too many matching offenders, indicating that the search performed has more than 300 matches.**

**8a. The defendant matching tools appear to be linked to the website, in which if the website results in error so will the defendants tools.**

**8b. Common names are often within the scope of the Protected Class of Both**

**African Americans an Latinos, Per: Color, and Race.**

**The U.S. Department of Justice does not maintain the sex offender information displayed on NSOPW.**

**The Defendants**

**Disparate Impact Disparate Treatment Direct Evidence Direct Liability**

**THE FRAMEWORK & ENFORCEMENT**

**Denials, Adverse Action, Delays, Injury & Harm with Multiple Parties Having Multi Damages. Per: The Civil Rights Act. 1968 Fair Housing Act.**

**Per: The Civil Rights Act. 1990 Americans with Disabilities Act.**

**Disparate Impact & Disparate Treatment Direct Evidence Direct Liability.**

**Interference FHA. ADA.**

**All reporting, past present or future has been determined to have a Disparate Impact on those of Color, Race and Disabilities.**

**ENFORCEMENT VIOLATIONS AND ALLEGATIONS**

**The Act. Enforcement Disparate Impact FCRA Permits Consumer Reporting Agencies to Copy and Paste information from Government Agency websites, for the Purpose of Housing and Employment and other related Financial Products, these websites do not have Dates of Birth of the registered sex offender, furthermore sites read information may be inaccurate, one of which Specific "Smart",.**

**In this instance persons is link to other websites in other Jurisdictions Residence and or place of convicted/incarcerated, SafeRent Like many if not all CRAs gather this disparate information, all of which has multiple entries of names, or common names, Andrea Love. Young" from P.A. Appears on the State Police Megan's Law website as incarcerated and has no relation to, yet repeatedly acts in such a manner which has, is and continues to harm those of Color, Race and Disability.**

**28 U.S.C 1361 Action to compel an officer of the United States to perform his duty The district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.**

**RELATED CLAIMS DAMAGES AND VICARIOUS LIABILITIES**

**24 CFR 100.7 Liability for Discriminatory Housing Practices (1)(i)(ii)(iii)(2)(b) A Person is Directly Liable, for 3rd parties or Otherwise Is Vicariously Liable for a discriminatory housing practice by the person's agent or employee, regardless of whether the person knew or should have known of the conduct that resulted in a discriminatory housing practice, consistent with agency law.**

**DISPARATE IMPACT**

**24 CFR 100.500 Discriminatory Effect Prohibited.**

**A. b. 1. (i)(ii)(2)C. 1. 2. 3. Disparate Impact/Segregative Effect.**

**Texas Dept. of Housing and Community Affairs v. Inclusive Communities Project, Inc., 576 U.S. 519 (2015), was a United States Supreme Court case in which the Court analyzed whether disparate impact claims are cognizable under the Fair Housing Act.**

**SEGREGATIVE EFFECT**

**The two theories have been recognized by numerous Courts, which, along with evidence supporting both types of Discriminatory Effect Claims in a single cases are duly invited as such.**

**24 C.F.R. 100.500 (c)(1) According to Inclusive Cities. Project, 135 S. Ct. at 2522-23. A discriminatory effect can also be proven with evidence that the policy or practice creates, increases, reinforces, or perpetuates segregated housing patterns. see; 24 C.F.R. 100.500.**

**The affirmative defense to an employer's vicarious liability for hostile**

**environment harassment by a supervisor under Title VII of the Civil Rights Act of 1964 does not apply to cases brought pursuant to the Fair Housing Act. A single incident of harassment because of race, color, religion, sex, familia status, national origin, or handicap may constitute a discriminatory housing practice, where the incident is sufficiently severe to create a hostile environment, harassment can be written, verbal, or other conduct, and does not require physical contact.**

**Title VIII of the Civil Rights Act of 1968, Pub. L. No. 90-284, 82 Stat. 73 (1968). The FHA, as amended, is codified at 42 U.S.C. 3601–3619 (2015).**

**See Implementation of the Fair Housing Act's Discriminatory Effects Standard, 78 Fed. Reg. 11,460, 11,482 (Feb. 15, 2013) (promulgating 24 C.F.R. 100.500). As the agency primarily responsible for administering the FHA.**

**see: 42 U.S.C. 3608 (a) HUD's regulations interpreting the FHA are entitled to substantial deference, see Meyers v. Holley, 537 U.S. 280, 287–88 (2003).**

**See: 24 C.F.R. 100.500 (c) (2017). three-step process, see infra Section I.A.**

**See: Metro. Hous. Corp. v. Village of Arlington Heights, 558 F.2d 1283, 1288–94 (7th Cir. 1977); United States v. City of Black Jack, 508 F.2d 1179, 1184–85 (8th Cir. 1974).**

**The Arlington Heights and Black Jack cases are discussed in detail infra Section I.C.1. 2017.**

**Unfair, Deceptive, or Abusive Acts or Practices Unfair, deceptive, or abusive acts and practices (UDAAPs) can cause significant financial injury to consumers, erode consumer confidence, and undermine the financial marketplace.**

**Under the Dodd-Frank Act, it is unlawful for any provider of consumer financial products or services or a service provider to engage in any unfair, deceptive or abusive act or practice.**

**UNFAIR ACTS OR PRACTICES**

**The Standard for Unfairness in the Dodd-Frank Act is that an act or practice is unfair when:**

**(1) It causes or is likely to cause substantial injury to consumers**

**(2) The injury is not reasonably avoidable by consumers.**

**Refusing to release a lien after the consumer makes final payment on a mortgage. The FTC brought an enforcement action against a mortgage company based on allegations, described below, that repeatedly failed to release liens after consumers fully paid the amount due on their mortgages.**

**Substantial injury. Consumer's sustained economic injury when the mortgage servicer did not release the liens on their properties after the consumers had repaid the total amount due on the mortgages.**

**Not outweighed by benefits, countervailing benefits to competition or consumers did not result from the servicer's alleged failure to appropriately service the mortgage loan and release the lien promptly.**

**FTC v. Capital City Mortgage Corp., Civil No. 98 CV-237 (D.D.C. Feb. 2005), available at. http://www.ftc.gov/opa/2005/02/capitalcity.shtm.**

**Dodd-Frank Act, Title X, Subtitle C, Sec. 1036; PL 111-203 (July 21, 2010).**

**2 Sec. 1031 of the Dodd-Frank Act. The principles of "unfair" and "deceptive" practices in the Act are similar to those under Sec. 5 of the Federal Trade Commission Act. (FTC Act).**

**The Federal Trade Commission (FTC) and federal banking regulators have Applied these standards through case law, official policy statements, guidance, examination procedures, and enforcement actions that may inform CFPB.**

**Dodd-Frank Act, Secs. 1024; 1025(b)(1); 1026(b) of the Act.**

**The Act. also provides CFPB with rule-making authority and, with respect to entities within its jurisdiction, enforcement authority to prevent unfair,**

**deceptive, or abusive acts or practices in connection with any transaction with a consumer for a consumer financial product or service, or the offering of a consumer financial product or service.**

**In addition, CFPB has supervisory authority for detecting and assessing risks to consumers and to markets for consumer financial products and services.**

**ENFORCEMENT AGENCY INVESTIGATE**

**28 CFR 36.502 Investigations and compliance reviews a. b. c.**

**The Office of Fair Housing and Equal Opportunity is to eliminate housing discrimination, promote economic opportunity, and achieve diverse, inclusive communities by leading the nation in the enforcement, administration, development, and public understanding of federal fair housing policies and laws. FHEO Investigate, DOJ Investigate, FTC Investigate, CFPB Investigate,**

**MATTERS OF PUBLIC INTEREST**

**Debt held by the public such as Treasury securities held by investors outside the federal government, including those held by individuals, corporations, the Federal Reserve, and foreign, state and local governments.**

**“Debt held by government accounts" or "intragovernmental debt".**

**is non-marketable Treasury securities held in accounts of programs administered by the federal government, such as the Social Security Trust Fund. Debt held by government accounts represents the cumulative surpluses, including interest earnings, of various government programs that have been invested in Treasury securities.**

**Major Threat Hackers, Cyber Criminals, Thieves for subject matter, Protected Class(s), Member(s) & Citizens Cannot Protect Themselves Under These Conditions of Imprisonment. As an American we Lack Adequate Health, Safety, Credit, Employment, Welfare and Homes, Whereas the Politics have been Governed by Washingtons, Screaming for Victories while the**

**Public Eats and Swallows in Debt, see; Federal Tax, at IRS. Gov. see; the U.S. Treasure, Reserves, U.S. Central Banking, U.S. Economy, this shall include; combating false denials fraudulent profiles and credit file sharing, Banking, Mortgages, Loans, Applications, Financial Statements and other Personal Information, Corps, 3rd Parties, Professionals, Employees Affiliates,**
**42 U.S.C 3631 Violations; penalties Whoever, whether or not acting under color of law, by force or threat of force willfully injures, intimidates or interferes with, or attempts to injure, intimidate or interfere with any person because of his race, color, religion, sex, handicap as such term is defined in, Mandate Prohibition.**
**Injunctive Relief.**
**Modification of Policies, Corrective Actions.**
**Identity of John Doe Attorney.**
**Vendor who Provided Discriminatory Profile of Plaintiff.**
**The Federal Rules of Civil Procedure set forth the scope of discovery:**
**Parties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense and proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties relative access to relevant information, the parties resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit.**
**Information within this scope of discovery need not be admissible in evidence to be discoverable. Fed. R. Civ. P. 26(b)(1). Fed. R. Civ. P. 26 (b)(2)(C).**
**Enforcement Agency Investigations. 36.502 Investigations and Compliance Reviews a. b. c.**

**Plaintiff's September 13, 2023 demand letter directed to undersigned counsel, Christi Lawson, and her law firm, Foley & Lardner LLP, Arnold addresses additional claims "under FHA, ADA, Malpractice, Fraud, Conspiracy to Defraud United States.**

**See: Case Discovery File**

**See: Case Terry Brown**

**See: Case Arroy**

**The Fourteenth Amendment of the Constitution that inspired the well-known phrase 'equal justice under law.' In their view, forcing pro se litigants to work by themselves when attorneys can off-load various tasks to their paralegal and secretarial staff – from basic typing and clerical duties to more advanced skills of managing discovery, drafting and preparing pleadings, legal research and other specialized tasks – creates an unfair advantage for attorneys.**

**You must complete these steps within the same time allowed under the FCRA for the CRA to resolve the dispute. Normally, this is 30 days after the CRA gets the dispute from the consumer. If the consumer provides additional relevant information during the 30-day period, the CRA has 15 more days to resolve the dispute. The CRA must give you all the relevant information it gets within five business days of receipt, and must promptly give you additional relevant information provided by the consumer. If you don't investigate and to respond to the notification of the dispute within the specified times, the CRA must delete the disputed information from its files. FCRA 623(b)(2) and 611(a)(1)**

**CFPB RESPONSE SAFERENT**

**Date shown computer is 11/23/21, Document reads "Not SafeRent Please" Plaintiff was attacked for sending complaints asking questions about**

**relationship Corelogic Credco SafeRent and Plaintiff made his demands, No response until attacked by John Doe.**

**Attorney pressured to take the deal. Attorney pressured to not complain.**

**Disrespectful remarks yelling loud talking to almost screaming court opinion, however very aggressive, hostile, threatening, provoking.**

**CFPB: Consumer Financial Protection Bureau**

**FTC: Federal Trade Commission**

**HUD: Department of Housing and Urban Development.**

**Said Communication was retaliatory and harassing and requires no further showing other than that direct evidence in relation to, Pretext Mix Motives remember new Theories, who was the Caller? Unidentified does not Fly plus caller John Doe states lead attorney, SafeRent is Directly Liable, SaFeRent Responded to the CFPB with Attorney, Mr. Arnold is entitled to present his entire case.**

**Additionally Mr. Arnold claims and allegations, 3rd Party Informants and or Government, Corp, Entities has been monitoring for unspecified time unauthorized by LAW.**

**No Governmental agencies, persons, entities, nor corporation has a right to illegally use wire tapes and other devices entwined with illegal acts involving informants and many other family affairs and members to whom I believe would also like to murder and or harm Mr. Arnold.**

**This case involves hackers entrapment corporations, America**

**The Government, Espionage, Trust, Competition all entwined on a fineline of Manipulation through Businesses Corporations, Entities Utilizing Individuals Persons Citizens Class Members Protected Class Andre Darnell. Arnold as well as his family while living in Nevada at Progress Residential Management there were a number of indicators that had arose that both HOA had been**

**monitoring Mr. Arnold PMC SFR Borrows, SafeRent, CoreLogic, and any other unspecified yet amplified companies such as "Yardie" the Solutions in those homes permits for doors to be unlocked in many other different features and applications, to Mr. Arnold this was unwelcome.**

**In Nevada Las Vegas violation of CC&R rules and regulations the windows were commonly covered with aluminum foil of frequency was also revealed and monitoring at that home was ideal being next door to the Arnold residence and location for what reason specifically at that time unspecified investigations are and will be required, to that as well as allegations of murder death, homicide, and informants for hire to kill family members alongside governmental officials.**

**Jurisdiction:**

**Rule 5.1. Constitutional Challenge to a Statute**

**Notice by a Party. A party that files a pleading, written motion, or other paper drawing into question the constitutionality of a federal or state statute must promptly file a notice of constitutional question stating the question and identifying the paper that raises it.**

**15 U.S.C 1681p Jurisdiction of courts; limitation of actions**

**2. years after the date of discovery by the plaintiff of the violation that is the basis for such liability or 5 years after the date on which the violation that is the basis for such liability occurs.**

**28 U.S.C 1331 - Federal question**

**The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.**

**15 U.S.C 1681 Congressional findings and statement of purpose**

**It is the purpose of this subchapter to require that consumer reporting agencies adopt reasonable procedures for meeting the needs of commerce for**

**consumer credit, personnel, insurance, and other information in a manner which is fair and equitable to the consumer, with regard to the confidentiality, accuracy, relevancy, and proper utilization of such information in accordance with the requirements of this subchapter.**

**42 U.S.C 3601 - Declaration of Policy, It is the policy of the United States to provide, within constitutional limitations, for fair housing throughout the United States.**

**INJUNCTIVE RELIEF**

**Stop All Companies, Stop CoreLogic, Stop Credco, Stop, Stone Point Capital Insight Partners, Stop Petrum Partners, Stop All Criminal Records Distribution, Stop the Data Brokers, Stop the Registry Links and Freeze, it's free public domain, Stop All Screen which involves Criminal Convictions Arrest, and or Merging of any Files which share 3rd part or affiliates, parters files, Employer's and Housing Officials Can obtain Registry's by way and through SMART,.**

**Criminal Background Records used by SafeRent Solutions or any other Consumer Reporting Agency databases come from a variety of publicly available sources, likewise, data brokers and other consumer information, however more specifically, these records come from the United States Government, such as,**

**1. Courts. 2. County records.**

**3. State criminal databases. 4. Corrections information.**

**5. Watch list. 6. Sex offender registries.**

**7. Administrative Office of Courts (AOC) 8. State departments of corrections (DOC)**

**9. Federal Bureau of Investigation (FBI)**

**10. Office of Foreign Assets Control (OFAC)**

**11. Fugitive lists at the local, state, and federal levels**
**12. State DOC records 13. Probation and parole records**
**14. County court records 15. State licensing boards**
**16. State criminal information repositories**
**17. State sex offender registries 18. Terrorist watch lists.**
**19. County jail records. 20. Identity History Summary Checks**
**21. Sex offender registries from every U.S. state, Puerto Rico, Guam, and Washington, D.C. with that said the reality is SafeRent Solutions like every other Consumer Reporting Agency is obtaining these Criminal Background records from Governmental Sources.**

**In which I find to be Profit for Power said entity SafeRent is a repeated offender who transforms its name and settles these cases To remain disguised and this is harmful to those of Color Race and Disabilities. Under the FCRA Vendors, Resellers, CRAs, Property Managers, Landlords have been and continue to use these illegal records, which cannot be determined by a CRA Property Manager or anyone else in the real-estate industry or consumer reporting.**

**Disparate Criminal Records require a Court Intervention, To reinvestigate and remove cannot, will not and does not stop this Matters from reoccurring.**

**Disparate Criminal Background Records can come in many forms, to name a few; False arrest. False prosecution. The Illegal use of wiretaps and or surveillance.**

**The Illegal use of informants. Entrapment. Fruit of the poisonous tree. Criminal procedural violation, Due Process violations, Please bargain, Sentencing Enhancements, Government Destruction of Evidence, Brady Discovery, Violations, Cruel and Unusual Punishment, Probation, Parole,**

**Misconduct by judicial officers, Court employees, Murder, Death, Killed./. Imagine a police gang unit, who can have families killing their kids or police having other gangs kill their kids for both the benefits of the government and the families, here's your reward, Notice..**

**CONSTITUTIONAL QUESTION**

**Why are Black men and Women being recycled in the United States of America's political Monopoly Which is intended to continue recycling "colored people and those of race and with disability Including, ALL Americans and likeminded Peaceful People.,**

**Quoting Discrimination has no Color nor does Retaliation.**

**UNACCEPTABLE FORMS OF IDENTIFICATION NOT ACCEPTED**

**Student ID card from any university, Company ID card, Gun or firearms permit, License to carry, Medical marijuana card, hunting or fishing permit, facility badge, temporary driver's licenses, selective service card, foreign driver's license other than Canada Library card, Temporary PIV card, Marriage license but this can be shown when there are different names on a birth certificate and a current driver's license, for example.**

**MULTI DEFENDANTS LITIGATION AND CLAIMS**

**The Defendants this should include all Consumer Reporting Agencies, Home Owners, Landlords, Property Managers, Brokers, Real Estate Agents/Agencies, any entity who utilizes automated tools also known as machines, technology, analytics, artificial intelligence, machine learning, algorithms, all of which may be used for the purpose of processing an application in housing, credit, employment, loans, or criminal background checks, public records or other government records but also CrimSafe.**

**FINDINGS AND FACTS**

**Arnold finds that it's inadequate to rely on homeowner, broker or property**

**manager in connection with handicaps, Plaintiff may be in disputes with the company or company may had violated Plaintiffs rights, the defendant could be someone who is hard to contact, living in another state a broker managing multiple properties, lacks professionalism careless aggressive freighting not polite rude hostile as seen with SafeRent the type of risk puts plaintiff in uniform issues with neighbors who may report seeing changes to property that are different because of disabilities additional space may be needed, the removing of barriers with more ability to place ramp remove rocks change landscaping this can affect the relationship between the tenants and homeowner.**

**Landlords and property manager must respond to all request while on subject, the defendants were bias, prejudice and discriminated against both the Black & White Marriage and further continued to discriminate by way of forcing Mr. Arnold and his Wife out of said uninhabitable, residence meaning that it was not appropriate living there, the conditions warren the request moving cost and any expenses associated, housing, credit, loans, aggravated. Duty Owed to Plaintiff Records Reports Statistics Dates times Accountability of those officials.**

**SAFERENT SOLUTIONS**

**1. Multi State:**

**criminal data identified Plaintiff as a registered sex offender from PA.**

**While claiming that it Is criminal moving outside of the state were convicted and instant reports display felony data.**

**2. SafeRent I.D Trust:**

**Below is registered sex offender additional names which is in association with Andre L. Young 00/00/80**

**3. (SSN) is presumed to be valid:**

**This is extremely bad for identification purposes all of which contributed to Plaintiffs claims.**

**4. Multi state sex offender search report:**

**state correct personal details followed by report summary, no match found. Plaintiff is yet still denied automated tools which have been proven to discriminate against those of color, race and handicap.**

**5. SafeRent score:**

**Produced by spouses income, the state identifies applicants who will pay rent yet was denied.**

**Another problem with misinformation subprime credit for SafeRent score, twin credit file, payday loan rental purchases, credit unions, help is high low risk tenants.**

**Delayed criminal supplement of multi state criminal data.**

**If all else doesnt work whats the use of this! to consumer to property owners etc.**

**Discriminatory Housing Practices, the above is In Violation of the Act. Disparate Impact, and must be corrected.**

**MEMORANDUM**

**Many up-to-date criminal justice statistics can be found on the Department of Justice's Bureau of Justice Statistics website, available at https://bjs.ojp.gov/library.**

**Many statistics regarding local and national incarceration rates broken down by race and ethnicity can be found at https://trends.vera.org/.**

**The investigator may have to contact state or local government or criminal justice agencies to obtain relevant criminal justice data.**

**Information regarding a protected class's percentage of the general population (locally and nationally) can be found at the United States'**

**Census Bureau's website, available at https://www.census.gov/en.html. Demographic information specific to tenants in HUD-subsidized buildings is available at https://www.huduser.gov/portal/datasets/assthsg.html#2009-2021_query.**

**ISPARATE IMPACT**

**As the 2023 "Executive Order on the Safe, Secure, and Trustworthy Development and Use of Artificial Intelligence" highlights, AI has the potential to exacerbate unlawful discrimination in housing, including by automated or algorithmic tools used to make decisions about access to housing and in other real estate transactions.**

**Lisa Rice, President and CEO of the National Fair Housing Alliance, stated in a Senate AI insight forum, these systems are still performing their originally-intended function, perpetuating disparate outcomes and generating tainted, bias-laden data that serve as the building blocks for automated systems like tenant screening selection, credit scoring, insurance underwriting, insurance rating, risk-based pricing, and digital marketing technologies.**

**The ability of automated systems to scale can lead to, reinforce, or perpetuate discriminatory outcomes if they are not controlled.**

**Artificial intelligence (AI) can be used to review background checks for new hires, but there are some concerns about the technology, data interpretation AI may not interpret data correctly or may be influenced by faulty input, which could lead to incorrect assessments.**

**Rohini Krishnamurthy, May 13th 2024. Meanwhile, Research from the University of California, Berkeley showed that an AI mortgage system routinely charged Black and Latinx borrowers higher rates for the same loans compared to their white counterparts.**

**Feb 12, 2024. The Department of Housing and Urban Development confirmed**

**characteristics like race and income, are protected from AI algorithmic Discrimination.**

**May 3, 2024. The Department of Housing and Urban Development is monitoring how artificial intelligence applications can violate protective provisions within the Fair Housing Act, with two new documents outlining how the emerging tech can potentially discriminate against individuals seeking housing.**

**The documents tackle the misuse of AI algorithmic capabilities in two different contexts: tenant selection and housing availability advertisements. Research cited by HUD indicates that AI software can introduce bias and potential discrimination into these activities.**

**CoreLogic Inc. PAC Contributions to Federal Candidates,.**

**Nonpartisan, independent and nonprofit, OpenSecrets is the nation's premier research group tracking money in U.S. politics and its effect on elections and public policy.**

**Our mission is to track the flow of money in American politics and provide the data and analysis to strengthen democracy.**

## RELATED CLAIMS

**This rule therefore formalizes standards to address harassment in and around one's home and identifies some of the differences between harassment in the home and harassment in the workplace.**

**Section 818, which makes it unlawful to "coerce, intimidate, threaten, or interfere with any person in the exercise or enjoyment of" rights protected by the Act. or on account of a person having aided others in exercising or enjoying rights protected by the Act.**

**Hostile environment harassment under the Fair Housing Act, regardless of the section of the Act. that is alleged to have been violated, and the same**

**discriminatory conduct could violate more than one provision of the Act.**
**Mr. & Mrs. Arnold social security Details Sold on Dark Web from unknown Webs, See: Experian Credit Report Dark Web.**
**The Issue here is the families social has been stole by unknown parties for the purpose of profits, these hackers sell thus information for big bucks, Mandatory investigations are required more specifically, discovery, Injunctive Relief.**
**Mr. Arnold may sue for multiple claims in a single lawsuit if the claims are related. Related claims are those that are connected by a common fact, circumstance, or event. The Supreme Court has ruled that illegal housing discrimination can occur even without intent, Under the Court's 2015 Disparate Impact Decision.**
**The Fair Housing Act of 1968 Prohibits Discrimination against people looking to buy or rent a home based on their race, color, religion, national origin, sex, disability, or familial status.**
**Records Indicate, Plaintiff submitted a complaint to the Consumer Financial Protection Bureau.**

**THE ALLEGATIONS STATEMENTS AND CLAIMS**

**Plaintiff brings a case where the evidence is of a Pattern or Practice of Discrimination where the denial of rights to a group of persons raises an Issue of General Public Importance. 42 U.S.C. 3601 et seq.,**
**Prohibits discrimination by entities, whose discriminatory practices makes housing unavailable to persons because of their color race disability.**
**The Defendants are a CRAs Consumer Reporting Agencies with an obligation under the Act. Notably, they must establish the identity of each end-user for the purpose in which the information is sought before providing a tenant screening report; they must follow reasonable procedures to assure the**

**maximum possible accuracy of the information concerning the individual about whom the report relates.**

**The Defendants, SafeRent Solutions LLC fka CoreLogic Rental Property Solutions LLC Is in violations of the Fair Housing Act. by making housing unavailable on the basis of color, race and disability and by providing different terms and conditions and discriminating in the provision of services in connection with housing on the basis of, color, race and disability.**

**42 U.S.C. 3604 a. b. c. f. 1. a. b. c. 2. a. b. c. 3. b. Disparate Impact.**

**DISPARATE IMPACT**

**Rule 201. Judicial Notice of Adjudicative Facts.**

**In 2016, HUD provided guidance indicating that excluding rental applicants due to Criminal records have a disparate impact for Latinos and African Americans, and to avoid this type of discrimination an individualized review should be conducted in order to determine if the affected individual poses a genuine and ongoing threat to persons or property.**

**Plaintiff was not given the opportunity to offer evidence or refute the information prior to it being provided to a property management company.**

**a. registered Sex Offender. b. multiple counts. c. criminal records/reports.**

**d. Pennsylvania. e. Andre L. Young. f. DOB 00/00/1980.**

**No individualized assessments were conducted prior to the Defendants generating a denial, adverse action notice, resulting in injury harm and Delays. The Plaintiff finds barriers have been attached within the platform of the Defendants technology being used, In violation of the Fair Housing Act.**

**The Defendants SafeRent, did not conduct an individualized review of Plaintiff to confirm suitability for tenancy before its rejection nor did it offer the opportunity for such an assessment.**

**An individualized review would have shown that Plaintiff posed no threat to**

**the community, because he had no registration requirements in Nevada nor Pennsylvania in which the offender Andre L. Young was convicted and incarcerated.**

**Plaintiff has no arrest nor convictions for any sexual related crimes nor does Plaintiff have any registration requirements ordered relating to Megan's law or otherwise.**

**The Defendants rely on criminal records, public records, for the purpose of Criminal Background Checks in Housing Related Matters.**

**Unfortunately, The Defendants, criminal background checks, don't check out! Criminal records used for tenant screening reports include incomplete or inaccurate records, out-of-date information, duplicate reporting of inaccurately matched information.**

**Criminal reports are often inaccurate, including misleading information about the nature and outcome of each case.**

**Needless to say, it's a fact that there's issues involving inconsistent public records systems across all jurisdictions.**

**The Defendants have over a decade of issues relating to tenant screening and criminal background checks and these discrepancies are often life altering.**

**The Defendants do not conduct manual verifications and after multiple suits, the Defendants continues to report inaccurate information by its use of Disparate criminal records, and public records alike.**

**Arnold contacted the Defendants for a consumer file disclosure.**

**Investigations also state Arnold informed them that the incorrect records caused him harm. see: CFPB response SRS.**

**Arnold also sent complaints, demands and requests for information to facdisputes@corelogic. subject: Complaint, Demand, Resolution Relief.**

**In addition, Arnold sent a number of documents to cbortey@corelogic.**

**subject, Complaint, Demand, Resolution Relief, please forward to CoreLogic,**
**"Please Not SafeRent Solutions"**
**42 U.S.C. 12203 Prohibition against retaliation and coercion (a)(b)**
**Records identify communication between plaintiff and attorney however records do not indict a name, bar number or firm for complaint and or civil action, nor did the Defendants provide the vendor/data broker's name, address or number in which the records had been obtained.**
**Records also indicate that Plaintiff has further questions to contact consumer relations, the Defendants made multiple inquiries on Plaintiffs credit report, CoreLogic, Credco, SafeRent, Rental Property Solutions and both Mr. & Mrs. Arnold was denied! The Defendants created their own SafeRent Score concerning Plaintiff, yet had no authority nor authorization to misrepresent and falsely paint images of him or his identity.**

**EVID NOTICE 201**

**a. Credco is a Subsidiary to Company CoreLogic, and as such when applied housing was Denied!**
**b. SafeRent Solutions LLC. fka CoreLogic, and as such when applied housing was Denied!**
**c. Corelogic Rental Property Solutions, and as such when applied housing was Denied! Progress Residential Management 3rd Parties, and as such when applied housing was Denied! Experian Credit Bureau and as such when applied housing was Denied! The Defendants created their own scores, profiles, and identifications, yet had no authority nor authorization to misrepresent and falsely identify with discriminatory intent all has been specified.**

**The Defendants have diminished all reputation(s) by way of defamation, harmful, ill, motive segregate, discriminate building blocks stereotypes, this should be fueled including delays, aggravation, humiliation and other damages not specified until full an understanding of its operations.**

**The Defendants identifies Class Members as registered sex offender with multiple sexual assault charges.**

**Arnold alleges that the Automated Criminal Record Screening policy has a disparate impact on African Americans, Latinos and others with Disabilities.**

**Arnold alleges that the defendant's have policy's or practice of contracting with owners and managers of rental housing to screen applicants by searching its national database to locate applicants criminal records determining that applicants criminal records, including but not limited to arrests and/or charges that disqualifies them from tenancy based on an automated evaluation.**

**Arnold alleges that the defendants make these determinations without individualized assessments that examine relevant mitigating information outside the criminal records themselves.**

**Arnold alleges housing providers are disqualifying applicants because of criminal records, which has no bearing on the housing/dwelling.**

**Arnold alleges that housing Provider Progress Residential Management Automated tools will deny and adverse action letter will be applied, and this can be hard on families with minimal resources, moving for employment, family, or many other reasons unspecified, neither CRA nor housing provider are providing Adequate information about the nature, recency, or seriousness of the offense, or information sufficient to locate the criminal**

**record.**

**In addition Mr. Arnold alleges because of the racial imbalances which exist within both the criminal justice system and housing markets, for those African Americans, Hispanics and Minorities these matters make it that much more difficult to secure housing after an arrest or conviction.**

**See: James L. Williams, et al., Plaintiffs v. CoreLogic Rental Property Solutions, defendant. Civil Action No. PX 16-58 10-26-2016.**

**Plaintiff is providing records, reports confirming the Disparities within these criminal records, public records, criminal background.**

**In addition, Plaintiff is providing actual factual evid as well as circumstantial evidence which includes, investigations, reports, disputes, complaints, email, photos, audio, multiple class action lawsuits, statistics of disparities directly relating to this civil action.**

**SafeRent Solution used inadequate software and the software used was said by CoreLogic to be, by use of license.**

**Which would mean the software, machine, predictive tool, algorithmic deceptive discriminatory practice belonged to CoreLogic-Credco or Credco alone which retrieved the Protected Class Members credit file, utilizing automated machines, M.L. A.I. mixed the Protected Class Members credit report, with that of an incarcerated sexual predator, in which I find has a disparate impact on those of Color and with disabilities, race and other minorities, furthermore Experian has had full knowledge of the company gathering and unlawfully, file sharing is prohibited.**

**Criminal records, registries, public records or otherwise.**

**Software owned by Credco or used by SafeRent did not reject the information created which misrepresented the Protected Class Member.**

**The Act. Enforcement, Prohibits, Deceptive Discriminatory Practice(s)**

**by any Actor(s) mixing of criminal records with credit reports as unlawful resulting in discrimination.**
**The mixing of a credit file with an unknown public file rather caused by similar or alike names gives the appearance to the receiver that the information is accurate, Disparate Impact, Color, Black, Disabled but able for combat who has been convicted.**
**Furthermore the Impact will remain the same if there's no substitute upon denial as the Government has not provided a place to call home for those whom the housing provider legally denies.**
**Consider the Federal Government permitting entities to govern by way of land permits, technology, banking, food, education, health, and crime.**
**Consider the Federal Government permitting entities to govern by way of property management, credit, housing, titles and mortgages, insurance.**
**Consider the Federal Government permitting personal information about Americans to be traded to enemy countries.**
**The entity with access to billing, insurance, security, credit, taxes, has all the wealth needed by way of private information.**
**Josie Hasty, Account Manager, Progress Residential Management/Owner**
**Victim of either falling, tripping on or over rocks at the residence and this is an ongoing matter which we ask be appropriately addressed and corrected by professionals such as a Landscaper or Progress Residentials Maintenance.**
**The property located at. 8124 Diamond Gorge rd. Las Vegas. 89178.**
**Landscaping creates an unsafe environment for the tenant's our pets and any visitors.**
**The exterior of the property is covered mainly if not completely with rocks.**
**Note: Rocks are unstable and do not give adequate support to the ground which they lay upon nor anything which is placed on top of them.**

**Example: A person walking, running, jumping or lifting could be hurt and we believe the backyard to be"UNSAFE" and could result in personal injury to self or property for both the residence living at the property but as well their pets or visitors.**

**42 USC Ch. 45 FAIR HOUSING ACT. PUBLIC HEALTH AND WELFARE 3601. 3602. 3604. 3613. 3617. 3631.**

**24 CFR 100.7. Liability for discriminatory housing practices.**

**(a) Direct liability, (1) A person is directly liable for (i)(ii)(iii)(2)(b)**

**24 CFR 100.50. Real estate practices prohibited.**

**(a) (b)(1)(2)(3)(5)(6)(7)**

**24 CFR 100.60. unlawful refusal to sell or rent or to negotiate for the sale or rental. (a)(b)(1)(4)**

**24 CFR 100.65. Discrimination in terms, conditions and privileges and in services and facilities. (a)(b)(1)(3)(7)**

**24 CFR 100.70. Other prohibited sale and rental conduct.**

**(a)(b)(c)(1)(d)(3)(5)**

**24 CFR 100.202. General prohibitions against discrimination because of handicap. (a)(2)(3)(b)(1)(2)(3)**

**24 CFR 100.75. Discriminatory advertisements, statements and notices.**

**(a)(b)**

**24 CFR 100.202. prohibitions against discrimination because of handicap.**

**(a)(2)(3)(b)(1)(2)(3)**

**24 CFR 100.400. Prohibited interference, coercion or intimidation.**

**(a)(b)(c)(1)(2)(4)(5)(6)**

**24 CFR 100.500. Discriminatory effect prohibited.**

**(a) (2) (c)(1)(2)(3)**

**42 U.S.C. 3604 Discrimination in the sale or rental of housing and other**

**prohibited practices, (a)(b)(f)(1) (A)(B)(C)(2)(A)(B)(C)**

**42 U.S.C. 3617 sec. 818. Interference, coercion, or intimidation.**

**42 U.S.C. 3631 Violations; penalties (a)(b)(1)(2)**

**AMERICANS WITH DISABILITIES ACT**

**42 U.S.C. 12181 (1)(A)(B)(C)(6)(7)(F)**

**42 U.S.C. 12182 Prohibition of discrimination by public accommodations (a)(b)(1)(A)(i)(ii)(iii)(iv)(C)(D)(i)(ii)(E)(2)(A)(i)(ii)(iii)(iv)(v)**

**Pacific Shores Properties, LLC v. City of Newport Beach, 746 F.3d 936, 938-39 (9th Cir. 2014) The FHA forbids discrimination in the sale or rental of housing, which includes making unavailable or denying a dwelling to a buyer or renter because of a handicap of.**

**A person residing in or intending to reside in that dwelling after it is sold, rented, or made available. 42 U.S.C. 3604 (f)(1)(B).**

**The Defendants have refused to provide the vendors details, which raises the question of Are there more infected records of the Plaintiffs floating around?**

**The Defendants created the Discriminatory profile, utilizing crimsafe or some other tools. You have the right to know what is in your file.**

**The Defendants further denial has displaced Arnold in further disgrace and space of uncertainty. You have the right to ask for a credit score.**

**Progress residential lease renewal denied**

**After the Offer was made..**

**The Arnold family had no complaints and was being denied modifications made at his own expense and those accommodations were requested because of HOA HARASSMENT.**

**ELEMENTS OF PROOF**

**Prima facie case analysis is only appropriate in cases based on circumstantial evidence. In cases that rely on disparate treatment theory, the evidence must**

**show that the respondent acted with a discriminatory motive, evidence of such a motive may be direct or circumstantial, if the case presents credible direct evidence, the court need not utilize a prima facie case analysis.**

**Direct evidence most typically takes the form of a facially discriminatory statement or policy.**

**A policy is facially discriminatory if it explicitly treats members of a protected class less favorably than those who do not belong to the protected class.**

**A policy can constitute direct evidence of intentional discrimination even if it does not reveal malice or animus so long as the policy expressly treats someone protected by the act in a different manner than others.**

**Discriminatory statements during a verbal or written exchange between an entity and a tenant, an advertisement for a rental property stating a discriminatory preference, discriminatory rules and policies, a discriminatory policy need not be in writing to be considered direct evidence.**

**Direct evidence of a policy can also include oral statements or actions demonstrating the policy, when direct evidence is lacking or insufficiently credible, the respondent's discriminatory motive may be shown using circumstantial evidence.**

**Circumstantial evidence is indirect evidence supporting a conclusion that something did or did not occur.**

**26 U.S.C. 7206 - Fraud and false statements**

**Declaration under penalties of perjury**

**Willfully makes and subscribes any return, statement, or other document, which contains or is verified by a written declaration that it is made under the penalties of perjury, and which he does not believe to be true and correct as to every material matter; or (2)Aid or assistance willfully aids or assists in, or procures, counsels, or advises the preparation or presentation under, or in**

**connection with any matter arising under, the internal revenue laws, of a return, affidavit, claim, or other document, which is fraudulent or is false as to any material matter, whether or not such falsity or fraud is with the knowledge or consent of the person authorized or required to present such return, affidavit, claim, or document; or**

**(4) Removal or concealment with intent to defraud Removes, deposits, or conceals, or is concerned in removing, depositing, or concealing, any goods or commodities for or in respect whereof any tax is or shall be imposed, or any property upon which levy is authorized by section 6331, with intent to evade or defeat the assessment or collection of any tax imposed by this title; or**

**(A) Concealment of property conceals from any officer or employee of the United States any property belonging to the estate of a taxpayer or other person liable in respect of the tax, or (B)Withholding, falsifying, and destroying records Receives, withholds, destroys, mutilates, or falsifies any book, document, or record, or makes any false statement, relating to the estate or financial condition of the taxpayer or other person liable in respect of the tax;**

**shall be guilty of a felony and, upon conviction thereof, shall be fined not more than $100,000 ($500,000 in the case of a corporation), or imprisoned not more than 3 years, or both, together with the costs of prosecution.**

**18 U.S.C. Section 1341—Elements of Mail Fraud**

**"There are two elements in mail fraud: (1) having devised or intending to devise a scheme to defraud (or to perform specified fraudulent acts), and (2) use of the mail for the purpose of executing, or attempting to execute, the scheme (or specified fraudulent acts)." Schmuck v. United States, 489 U.S. 705, 721 n. 10 (1989); see also Pereira v. United States, 347 U.S. 1, 8 (1954) ("The elements of the offense of mail fraud under . . . § 1341 are (1) a scheme**

**to defraud, and (2) the mailing of a letter, etc., for the purpose of executing the scheme."); Laura A. Eilers & Harvey B. Silikovitz, Mail and Wire Fraud, 31 Am. Crim. L. Rev. 703, 704 (1994) (cases cited) Investigative Authority Primary investigative jurisdiction of possible violations of the mail and wire fraud statutes is vested in the Federal Bureau of Investigation. In some cases, complaints involving securities may be investigated by the Securities and Exchange Commission. In addition, the Postal Inspection Service of the United States Postal Service may initiate mail or wire fraud investigations. In both situations, the investigations are usually continued by the agency initiating the investigation. Reports of investigation are disseminated directly to the appropriate United States Attorney.**

**18 U.S.C 371**

**Conspiracy to commit offense or to defraud United States**

**If two or more persons conspire either to commit any offense against the United States, or to defraud the United States, or any agency thereof in any manner or for any purpose, and one or more of such persons do any act to effect the object of the conspiracy, each shall be fined under this title or imprisoned not more than five years, or both.**

**If, however, the offense, the commission of which is the object of the conspiracy, is a misdemeanor only, the punishment for such conspiracy shall not exceed the maximum punishment provided for such misdemeanor.**

**To defraud broadly means trick or deceive someone at the expense of another for personal gain. In the legal sense, to defraud is to commit fraud that leads to civil or criminal liability.**

**In civil litigation, allegations of fraud might be based on a misrepresentation of fact that was either intentional or negligent. For a statement to be an intentional misrepresentation, the person who made it must either have**

**known the statement was false or been reckless as to its truth. The speaker must have also intended that the person to whom the statement was made would rely on it. The hearer must then have reasonably relied on the promise and been harmed because of that reliance.**

**A claim for fraud based on a negligent misrepresentation differs in that the speaker of the false statement may have actually believed it to be true; however, the speaker lacked reasonable grounds for that belief.**

**Fraud may be committed based upon withheld information rather than the actual communication. Many laws obligate a person to disclose relevant information and a person may easily defraud another by failing to disclose such information. For example, if a company failed to disclose to new creditors a previous billion-dollar loan, this could be a fraudulent failure to disclose if the lack of disclosure was intended to get the company better financing terms with the new creditors.**

**A promise that goes unfulfilled may give rise to a claim for fraud only under particular circumstances.**

**In California law, a false promise is only fraudulent if the promisor intended both not to perform on the promise and also that that the promisee would rely on the promise; and, the promisee must have reasonably relied on the promise and been harmed as a result of that reasonable reliance. When the promise was made as part of a contract, most states forbid a plaintiff from recovering under both contract law and tort law.**

**Lastly, opinions are not usually actionable as fraud except under very specific circumstances defined by either the common law or statutes in each state.**

**In California, for example, a jury may be instructed that an opinion can be considered a representation of fact if it is proven that the speaker "claimed to have special knowledge of the subject matter" that the listener did not have;**

**OR that the representation was made "not in a casual expression of belief, but in a way that declared the matter to be true;" OR if the speaker was in a position of "trust and confidence" over the listener; OR if the listener "had some other special reason to expect" the speaker to be reliable.**

**Once the jury decides that an opinion qualifies as a misrepresentation of fact under the circumstances, the plaintiff must still demonstrate all of the other elements of an intentional or negligent misrepresentation already described, such as reasonable reliance and resulting harm.**

**In criminal law, fraud usually takes very specific forms, such as bankruptcy fraud, credit card fraud, or healthcare fraud. California law, for example, also recognizes distinct crimes for check fraud, access card fraud, insurance fraud, and making false financial statements. Some criminal fraud statutes might be classified under laws forbidding larceny, others under forgery, and others as a crime covered by laws regarding a specific industry, like insurance or banking laws. Suspicions of criminal fraud should be reported to law enforcement authorities.**

**18 U.S.C 1341 - Frauds and swindles**

**Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, or anything represented to be or intimidated or held out to be such counterfeit or spurious article.**

**15 U.S.C 1681q Obtaining information under false pretenses, any person who knowingly and willfully obtains information on a consumer from a consumer reporting agency under false pretenses shall be fined under title 18,**

**imprisoned for not more than 2 years, or both.**

**42 U.S.C 1985 - Conspiracy to interfere with civil rights**

**18 U.S.C 1349 - Attempt and conspiracy**

**Any person who attempts or conspires to commit any offense under this chapter shall be subject to the same penalties as those prescribed for the offense, the commission of which was the object of the attempt or conspiracy.**

**940. 18 U.S.C. Section 1341—Elements of Mail Fraud**

**There are two elements in mail fraud (1) having devised or intending to devise a scheme to defraud (or to perform specified fraudulent acts), and**

**(2) use of the mail for the purpose of executing, or attempting to execute, the scheme (or specified fraudulent acts)." Schmuck v. United States, 489 U.S. 705, 721 n. 10 (1989); see also Pereira v. United States, 347 U.S. 1, 8 (1954)**

**"The elements of the offense of mail fraud under."**

**1341 are (1) a scheme to defraud, and (2) the mailing of a letter, etc., for the purpose of executing the scheme."); Laura A. Eilers & Harvey B. Silikovitz, Mail and Wire Fraud, 31 Am. Crim. L. Rev. 703, 704 (1994) (cases cited).**

**There are two elements in mail fraud: (1) having devised or intending to devise a scheme to defraud (or to perform specified fraudulent acts), and**

**(2) use of the mail for the purpose of executing, or attempting to execute, the scheme (or specified fraudulent acts)." Schmuck v. United States, 489 U.S. 705, 721 n. 10 (1989); see also Pereira v. United States, 347 U.S. 1, 8 (1954)**

**("The elements of the offense of mail fraud under. 1341 are**

**(1) a scheme to defraud, and**

**(2) the mailing of a letter, etc., for the purpose of executing the scheme."); Laura A. Eilers & Harvey B. Silikovitz, Mail and Wire Fraud, 31 Am. Crim. L. Rev. 703, 704 (1994) (cases cited).**

**9-43.100 - Prosecution Policy Relating to Mail Fraud and Wire Fraud.**

**Prosecutions of fraud ordinarily should not be undertaken if the scheme employed consists of some isolated transactions between individuals, involving minor loss to the victims, in which case the parties should be left to settle their differences by civil or criminal litigation in the state courts. Serious consideration, however, should be given to the prosecution of any scheme which in its nature is directed to defrauding a class of persons, or the general public, with a substantial pattern of conduct.**

**Hass, 216 U.S. at 479-480. In Hammerschmidt, Chief Justice Taft, defined defraud as follows, to conspire to defraud the United States means primarily to cheat the Government out of property or money, but it also means to interfere with or obstruct one of its lawful governmental functions by deceit, craft or trickery, or at least by means that are dishonest. It is not necessary that the Government shall be subjected to property or pecuniary loss by the fraud, but only that its legitimate official action and purpose shall be defeated by misrepresentation, chicane or the overreaching of those charged with carrying out the governmental intention.**

**Hammerschmidt, 265 U.S. at 188. The general purpose of this part of the statute is to protect governmental functions from frustration and distortion through deceptive practices. Section 371 reaches "any conspiracy for the purpose of impairing, obstructing or defeating the lawful function of any department of Government." Tanner v. United States, 483 U.S. 107, 128 (1987); see Dennis v. United States, 384 U.S. 855 (1966).**

**The "defraud" part of section 371 criminalizes any willful impairment of a legitimate function of government, whether or not the improper acts or objectives are criminal under another statute." United States v. Tuohey, 867 F.2d 534, 537 (9th Cir. 1989).**

**The word "defraud" in Section 371 not only reaches financial or property loss through use of a scheme or artifice to defraud but also is designed and intended to protect the integrity of the United States and its agencies, programs and policies. United States v. Burgin, 621 F.2d 1352, 1356 (5th Cir.), cert. denied, 449 U.S. 1015 (1980); see United States v. Herron, 825 F.2d 50, 57-58 (5th Cir.); United States v. Winkle, 587 F.2d 705, 708 (5th Cir. 1979), cert. denied, 444 U.S. 827 (1979). Thus, proof that the United States has been defrauded under this statute does not require any showing of monetary or proprietary loss. United States v. Conover, 772 F.2d 765 (11th Cir. 1985), aff'd, sub. nom. Tanner v. United States, 483 U.S. 107 (1987); United States v. Del Toro, 513 F.2d 656 (2d Cir.), cert. denied, 423 U.S. 826 (1975); United States v. Jacobs, 475 F.2d 270 (2d Cir.), cert. denied, 414 U.S. 821 (1973).**

## STATEMENT OF INTEREST UNITED STATES

**The Fair Housing Act. Applies to Residential Screening Companies, Including SafeRent. SafeRent misconstrues the clear statutory text of the FHA. It also conflicts with case law holding that tenant screening companies can be liable for FHA violations, as well as decades of other precedents affirming that FHA liability reaches a broad array of entities providing housing-related services, 42 U.S.C. 3604 (a)(b)**

**Neither provision limits liability for violations to those who make housing decisions, as SafeRent suggests. section 3604 can apply to any entity whose conduct is prohibited by the section's terms.**

**The language of the FHA plainly focuses on prohibited acts, Meyer v. Holley, 537 U.S. 280, 285 (2003) not specific actors.**

**The FHA broadly permits entities to "be held liable when they have personally committed or contributed to a Fair Housing Act violation.**

**Sabal Palm Condos. of Pine Island Ridge Ass'n, Inc. v. Fisher, 6 F. Supp. 3d 1272, 1293 (S.D. Fla. 2014) (supporting case) No. 22cv10800-AK,.**
**African Americans are arrested at rates 2.5 times higher than whites.**
**Even though African Americans and Hispanics combined make up around 28 percent of the U.S. population. note: almost 60 percent of the sentenced Prison population is African American or Hispanic African Americans are incarcerated in state prisons at nearly 5. times the rate of, white Americans.**
**1. One in 81 Black adults in the U.S. is serving time in state prison.**
**2. Wisconsin leads the nation in Black imprisonment rates, one of every 36. Black Wisconsinites are in prison.**
**3. In 12 states, more than half the prison population is Black.**
**Alabama, Delaware, Georgia, Illinois, Louisiana, Maryland, Michigan, Mississippi, New Jersey, North Carolina, South Carolina, and Virginia.**
**4. Seven states maintain a Black/white disparity larger than 9. to 1.**
**California, Connecticut, Iowa, Maine, Minnesota, New Jersey, and Wisconsin.**
**5. Latinx individuals are incarcerated in state prisons at a rate that is 1.3 times the incarceration rate of whites.**
**6. Ethnic disparities are highest in Massachusetts, which reports an ethnic differential of 4.1:1.**
**Criminal Background Records have become a significant driver of poverty and racial inequality.**
**Mass incarceration and over criminalization has led to an estimated 70 million to 100 million Americans roughly 1 in 3 U.S. adults having some form of criminal record.**
**Failed criminal legal policies have saddled an ever-expanding portion of the population with the stigma of a criminal record.**
**Applicants & Applications:**

**Employers, landlords, and educational institutions now use background checks to screen applicants.**

**Collateral consequences create barriers to employment, housing, education, and other essentials, making economic stability and upward mobility elusive for millions of individuals and families, especially those from communities of color.**

**Racial Disparities within Black, Latino communities likewise for those with Disabilities have been disproportionately affected by the criminal records.**

**Biased police prosecutors and their charging have resulted in people of color bearing the cost of mass incarceration and the resulting racial inequality exacerbates the problem.**

**Economic Impact: Studies found that people who have been incarcerated experience an average 52% reduction in subsequent earnings, resulting in an average lifetime earnings loss of nearly half a million dollars.**

**In total, people with criminal convictions face lost wages exceeding $372 billion annually.**

**In summary, the proliferation of criminal background checks and the stigma associated with records have perpetuated poverty and racial disparities in the United States.**

**Over the past decade, a large and growing body of research has documented a host of negative, long term economic consequences often called collateral consequences associated with interaction with the criminal legal system.**

**Appropriately, particular attention has been paid to the dramatic toll that a conviction and/or incarceration record takes on an individual's employment and earnings prospects in an era when roughly 9 in 10 U.S. employers use background checks in hiring.**

**In one recent watershed analysis, researchers at the Brennan Center for Justice found that formerly incarcerated Americans see their subsequent earnings reduced by an average of 52 percent and that, in the aggregate, Americans with criminal convictions face lost wages in excess of $372 billion every year.**

**Research has also documented an alarming rise in fines, fees, and other criminal legal debts that can total thousands or even tens of thousands of dollars, diminishing families' ability to save for the future and protect against financial shocks and uncertainty.**

**However, scant attention has been paid to the effects of incarceration on savings and ownership in the United States.**

**This report seeks to add to the existing research literature by highlighting the consequences of criminal legal system involvement for household wealth.**

**Moreover, given that America's failed criminal legal policies disproportionately harm Black and Hispanic individuals, families, and communities, this report also examines mass incarceration as an underappreciated driver of America's racial wealth gap.**

**The Center for American Progress is an independent,**

**In 2013, the Harvard Legal Aid Bureau revealed that Mass Courts, a court electronic case system, incorrectly displayed eviction judgments against tenants, who had none, in 10 percent of cases.**

**Companies like the Defendants purchase and receive bulk data from databases and do not update it mistakenly include expunged records and omit final dispositions.**

**Some may believe that landlords have the ultimate power to decide whether to deny housing.**

**The reality is tenant screening companies create the inaccurate, misleading,**

**discriminatory reports that determine a landlord's tenant selection.**

**Scholar Eric Dunn Argues,.**

**The companies that offer these tools frame them as recommendations for landlords, which they can override.**

**If the machine calculates a failing decision, there's little other basis for a landlord to come to a different conclusion, especially if the landlord isn't provided the complete history.**

**Transparency: how are automated tools used.**

**Explainability: ability to explain why/how AI affected decision-making.**

**Fairness: ensuring processes are non-discriminatory and allowing people access to and ability to correct information used to make decisions about them.**

**Robustness/repeatability and security of AI models and data.**

**accountability and oversight of what processes are in place to ensure the foregoing and responsible/ethical: AI generally.**

**Defendants SafeRent Solutions LLC fka CoreLogic RPS is a tenant screening company who provides resident screening and an applicant resident risk score to property managers and landlords.**

**Defendants and SafeRent Solutions LLC fka CoreLogic RPS tenant screening reports caused Mr. Arnold harm by way of Housing Discrimination.**

**The Defendants along with SafeRent Solutions LLC fka CoreLogic RPS functions is to repackage credit, criminal, and eviction histories.**

**The Defendants business model and rhetoric perpetuate the narrative that people with certain backgrounds don't deserve dignified housing.**

**These practices drive racial and other forms of housing discrimination.**

**The Defendants in fact do make housing decisions, by way of automatic rejections, and by encouraging landlords and property managements to rely**

**on them.**

**SafeRent Solutions LLC fka CoreLogic RPS automates housing discrimination by using eviction, credit, and criminal histories as a basis for making eligibility determinations such as scores, predictions, and recommendations.**

**The Defendants intentionally design their reports, services, and marketing to encourage landlords to rely on their interpretations and conclusions.**

**The Defendants, SafeRent Solutions LLC fka CoreLogic RPS tenant screening undermines policies and funding aimed at improving access to housing.**

**Existing remedies leave large gaps in renter protections and enforcement.**

**Existing protections are too limited in scope and enforcement.**

**Enforcing tenant screening protections often requires information, time, and resources that renters and often legal service providers don't have access to.**

**Tenant screening is based on fundamentally discriminatory information and on racist, anti-poor, anti-renter political decisions about who deserves to choose where they live.**

**Federal agencies should limit the information that can be used to screen tenants, the burden should always be on housing providers and screeners to rigorously justify any criteria or information they use to deny someone housing.**

**Even when full transparency is provided, the complexity of certain algorithms poses a barrier to understanding their functioning.**

**because algorithms may change or respond to input or output in ways that cannot be anticipated or easily reproduced for analysis.**

**Cases, within a single website, there is no single algorithm but rather a network of interrelated programs and data inputs, even between users of the same service.**

**RELIEF**

**Statutory, Actual, Punitive damages, Costs and reasonable attorney's fees; and (e) Such other and further relief as may be necessary,**

**damages are compensatory and include, but are not limited to, damages for emotional distress such as humiliation and embarrassment, out-of-pocket Expenses Medical and Treatment Expenses,**

**Medication and prescription expenses, Aids,**

**Equipment and Appliances, Assistive Technology,**

**Accommodation and Housing Expenses, Travel and Transport Costs**

**Damaged or Destroyed Clothing and Property**

**Inability to Perform Domestic Activities**

**Inability to Care for Others, Increased Household Bills**

**Increased Holiday Expenses, Increased Leisure Costs, Costs of Relationship Breakdown. Costs of Administering Affairs, Education, Miscellaneous Expenses.**

**The FHA authorizes the award of "Actual damages" to compensate the person aggrieved by Federal or discrimination.**

**42 U.S.C. 3613(c) Sullivan v. Little Hunting Park, 396 U.S. 229 (1969) (reviewing state State Court court decision in a housing discrimination case involving a claim under 42 U.S.C. 1982.**

**The FHA also provides for punitive damages. 42 U.S.C. 3613(c)**

**Emotional distress damages. Damages for mental and emotional distress have been available under the FHA since its initial passage in 1968.**

**It is well established through numerous court and administrative decisions that the "actual damages" that may be awarded under the Act include damages for embarrassment, humiliation, and mental or emotional distress caused by acts of discrimination. Stewart v. Furton, 774 F.2d 706, 710 (6th Cir.**

**1985).**

**An early Supreme Court fair housing decision described the injury to a victim of housing discrimination as a "dignitary tort" an injury to the personhood of an individual. Curtis, 415 U.S. at 185 n.10.**

**The fact that the damages for emotional distress are not capable of precise measurement does not prevent the damages from being awarded.**

**Courts do not require exact proof of the degree or amount to be awarded for emotional distress damages. HUD v. Housing Auth. of the City of Las Vegas, HUDALJ 09-94-1016-1 (Nov. 6, 1995). Medical evidence or expert testimony Concerning physical symptoms is not required. Harris v. Forklift Systems, Inc., 510 U.S. 17 (1993); Krueger v. Cuomo, 115 F.3d 487 (7th Cir. 1997)**

**Johnson v. Hale, 940 F.2d 1192 (9th Cir. 1991)**

**Human Rights Commission v. LaBrie, FH/FL 18,173 (Vt. 1995).**

**Such damages can be inferred from the circumstances, as well as proven by testimony. Indeed, the typical evidence supporting emotional distress damages comes from the complainant or complainants:**

**"Without a doubt, the most important factor in determining a damage award for intangible injuries is the testimony of the victim."**

**Heifetz and Heinz, Separating the Objective, the Subjective and the Speculative: Assessing Compensatory Damages in Fair Housing Cases, 26 John Marshall L. Rev. 3, at 19 (1992).**

**42 U.S.C 3631 Violations; penalties Whoever, whether or not acting under color of law, by force or threat of force willfully injures, intimidates or interferes with, or attempts to injure, intimidate or interfere with any person because of his race, color, religion, sex, handicap as such term is defined in, whether or not it also constitutes hostile environment harassment.**

**Refuse to rent housing, Refuse to negotiate housing or otherwise make**

**housing unavailable.**

**Use different qualification criteria or applications, or sale or rental standards or procedures, such as income standards, application requirements, application fees, credit analyses, sale or rental approval procedures or other requirements the defendants discourage the purchase or rental of a dwelling.**

**The Fair Housing Act. makes it illegal to harass persons because of race, color, disability, In addition, it is illegal to discriminate threaten, coerce, intimidate or interfere with anyone exercising a fair housing right or assisting others who exercise the right to retaliate against a person who has filed a fair housing complaint or assisted in a fair housing investigation**

## ALLEGATIONS AND CLAIMS

**A. The Arnold Family was forced out of the residence by harassment and retaliation by said attorney, Cherry Malachi Persons Entities act "Progress Residential Management".**

**This went into medical interventions which resulted into injections and psychotropic medications, see: Medical Records for History Relating.,**

**B. Mr. Arnold was harassed a second by unidentified employee at entity SafeRent Solutions and that communication was said to be harassing and retaliatory, see; CFPB Complaint, Exhibit A.**

**C. New information supports "John Doe" employed harassed and retaliated against Mr Arnold, is now said to be a former employee of SafaRent Solutions.**

**Mr. Arnold requested the name of the individual who interfered with and harassed him while investigating housing violations and protected class rights, over the phone concerning information provided to Housing Providers, Progress Residential Management.**

**D. Fair Housing Act. Investigations further proves by direct evidence that All companies, entities, consumer reporting agencies with whom Credco Merged Credit Files with entity Corelogic and or SafeRent Solutions formerly known as CoreLogic Rental Property Solutions both provided fraudulent information to the Consumer Financial Protection Bureau in response to complaints and claims made by Mr Arnold., And unfortunate there is no options:**

**E. CFPB Investigative Records reveals entity Credco response to CFPB was that in response to Unlawful Criminal Sex Registries and Credit File Merging of Mr. Arnold whom the Information did not belong to. Again this was is in respects to the merging of credit files with sexual profiles that did not belong to him which ultimately ended in two adverse actions of Husband & Spouse, said Arnold Family, has not recovered as such had led to further housing violations amounting in further damages, pain suffering, out of pocket medical expenses and ongoing damages to credit worthiness, home up keeping repairs windows, furthermore harms which can only be examined ex - parte as there is no further "Trial Dates"**

**F. CFPB Investigative reports by entity Credco is false, and Credco appeared on the Arnold's family Credit History Damaging Mrs Arnold credit reports, causing Arnold mental health functioning to further impairment, which has been a traumatic impact, this shall include employee's of these entity's named above in this case along with history of abuse by law enforcement, family, friends, attorney's, courts in communication with entity Experian fraud department who identifies both Company's SafeRent Solutions Jointly working together with entity CoreLogic. In this Fraudulent Scheme of Deception,**

**G. Mr. Arnold Investigations Identifies Permissible Purposes Authorization to and through Housing Providers Progress Residential Management, Investigations also support authorization given to entity CoreLogic through Progress Residential Management who was Identified as Corelogic RPS.**

**H. Mr. Arnold did not authorize Experian to provide any records to a SafeRent Solutions. Mr. Arnold also did not authorize the company Experian to provide any records to this entity Credco.**

**see; Prohibited Credit File Share/Merging with Multi Entities, unauthorized or unspecified Consumer Reporting Agencies.**

**THE INFORMATION**

**A. Precise ID for account opening with a KIQ which also made unauthorized inquiries and viewed credit profile Prohibited, this was through the processing of automated online application submission to and through multi 3rd party entities as mentioned and or not mentioned recognized the truth in the lie's and with that Punitive Damages must be Maximum Penalty.**

**B. Rental Property Solutions, LLC. is a Broker who also may have Been involved in these Prohibited Deceptive Schemes, and further requires investigations by regulators and all enforcements shall be carried out the same.**

**DATA BROKER COVERED UNDER FCRA**

**This broker has registered with the Vermont Secretary of State**

**C. This broker does not make an affirmative statement one way or the other as to whether they are covered by the Fair Credit Reporting Act.**

**Data Broker Registered.**

**1. Category of Broker, Marketing Data Broker**

**2. Data Broker Allows Opt - Out - No**

**3. Data Broker Affiliation; Corelogic**

**4. Data Broker Mailing Address**

**5. 3001 Hackberry Rd. Irving, TX 75063**

**United States. Data Broker email, dghazaleh@corelogic.com**

**Data Broker Phone Number: (817) 699-1734**

**D. Settings applied by entity Corelogic acting as CoreLogic RPS CRIM recommendations read the selected records found through the following entities, technologies, records found.**

**1. Credit Report Address Information.**

**2. Experian Credit Complet.**

**3. CrimSafe Records Found.**

**4. Multi-state Sex Offender No Match Found.**

**5. Adverse Action.**

**6. Applicant, Applicant Information.**

**Mr. Arnold was screened through the MSSO Search.**

**Sex Offender Registrant Information derived from the same state hosted Sex Offender database registries accessible through the department of Justice**

**DRU SJODIN website.**

**"Results associated with this,**

**"will reflect on the CrimSafe report".**

**Mr. Arnold contacted Experian in a related investigation.**

**Purpose: locate and or destroy of Protected Class Health Medical Records Submitted to CoreLogic - Credo "Not SafeRent"**

**Information pertaining to that Complaint Demand was then provided to the Defendants, SafeRent, before and prior to denial request by SafeRent Attalah whose Partner Christi A. Lawson publicly making statements referring to**

**Mr. Arnold as been a Girl in Her answer,**
**"truly yours" more specific "Her"**
**by when it's obvious these litigations that Mr. Arnold is a Black African American of Race & Color, who's a Minority in the State of Michigan more specifically in the City of Tecumseh.**
**Mr. Arnold is in undocumented territories and will move for an order granting incompetent only to such extent of an Appointment of Attorneys, Firm.**
**Mr. Arnold is Respectfully Requesting that the U.S. Eastern District And the Court Should Honor such a Request as to aid Mr. Arnold in Representation against Multi Litigates and Complaints, FHA.**
**Requires that Corelogic "STOP" monitoring the Arnold Family's home, this include all United States Homes and Properties, CoreLogic Intelligence is using an unrivaled ability to collect and analyze data, with a world-class team of housing marketing professionals, scientists and economists.**
**Unfortunately through investigations documentation presented by exhibit the company is gathering information concerning land property finance credit and applying this through technology Analytics algorithmic bias machines with learning intelligence, artificial intelligence in the Fair Housing Act. complaint specifies prohibited technology constitutional federal civil rights enforcement action multi-defendant litigation complaints requires regulators to investigate and act. As it is here Alleged that records, data information is being obtained by Corelogic, is of Public Interest, of all Americans.**
**Injunction is also required, CoreLogic is to STOP, Experian is to STOP any and all merging of consumer files, merging and mixing of records regardless of the Big Three Authorities, as until the District Court has been able to determine the extent and degree of harm caused to housing, employment,**

**labor, banking, trust, competition and acquisition.**

**See: Constitutional Federal Civil Rights Enforcement Action,**

**TECHNOLOGY**

**This Response shall be Enforced by Regulators thus All Writs Act.**

**Duty Old to Plaintiff. Mr. Arnold has filed multiple complaints with the Consumer Financial Protection Bureau and that information was provided to Arnold as to rely on, while compromised by unidentified employee's through those complaints and investigations came fabrication, false, misleading, statements which can not be corrected without a response from the commission, Respectfully Submitted.,**

**ENFORCEMENT ACTION**

**28 CFR 51.63 Enforcement by private parties.**

**Private parties have standing to enforce section 5.**

**28 CFR 51.62 Enforcement by the Attorney**

**51.62 Enforcement by the Attorney General.**

**Certain violations of section 5. may be subject**

**to criminal sanctions. See; section 12(a) and (c).**

**42 U.S.C 12188 Enforcement**

**42 U.S.C 3613 Enforcement by Private**

**persons is, Authorized to brings such**

**Enforcement action in these matters, In this request for Relief an Order, Statement of Facts, Pleadings, Grounds, Authorities, Constitutionally Protected.**

**PRIVATE RIGHTS OF ACTION AND INDIVIDUAL RELIEF THROUGH AGENCY ACTION DECEPTIVE DISCRIMINATORY PRACTICES**

**ENFORCEMENT ACTION**

**Civil Rights, Human Rights, Consumer Rights,**

**Constitutional Right{s} violated by way of Segregation in housing, employment, credit, property, land, corporate structuring consumer reporting agency, automated tools, algorithms,**
**predictive tools, machines, A.I. - M.L. data sets, human inputs v M.L. machine learning,**
**Federal District Courts, and Higher Courts alike, all at serious ERROR of LAW in which has presented a case in which may require looking at millions of dockets, Immunities, Judges, Attorney's, Firms,.**
**I've come to the relation that I'm incarcerated In a Society of Political Atrocities Claiming Democracy within a Corrupt Federal Government Polluting the Economy and Denying me fundamental rights,**

**PURPOSE PROFITS POWERS GREED**

**Profits, Personal Gains, Racism, Prejudice, Unequal, Divid, Domination, Hate,**
**Amendment XIII to the United States Constitution abolished slavery and involuntary servitude**
**Prohibited corporate structuring federal government corruption under Administration enforcement action and complaint who would be the appropriate agency if the entire government is under extreme scrutiny what prejudice**
**1. The Thirteenth Amendment, adopted in 1865, abolishes slavery or involuntary servitude except in punishment for a crime.**
**2. The Fourteenth Amendment, adopted in 1868, all people born in the United States as citizens, requires due process of law, and requires equal protection to all people.**
**3. The Fifteenth Amendment, ratified in 1870, prevents the denial of a citizen's vote based on race, color, or previous condition of servitude.**
**4. The Civil Rights Act of 1964**

**The Act remains one of the most significant legislative achievements in American history.**

**5. The 1968 Act expanded on previous acts and prohibited discrimination concerning the sale, rental, and financing of housing based on race, religion, national origin, sex, {amended} handicap and family status.**

**Title VIII of the Act is also known as the Fair Housing Act. of 1968.**

**6. The Universal Declaration of Human Rights.**

**7. 42 U.S.C. § 1981, which derives from Section: 1. of the 1866 Civil Rights Act.**

**The statute establishes that certain rights are to be guaranteed to all citizens of the United States, and these rights are to be protected against impairment by non government and state discrimination.**

**8. Section: 1981, protection against discrimination in actions taken by the federal government, but also by the state governments and private individuals.**

**See: In Jones v. Alfred H. Mayer Co., the U.S. The Supreme Court confirmed that Section 1981 bars all racial discrimination, private as well as public, in sale or rental or property.**

**Also, the U.S. Supreme Court, in CBOCS West, Inc. v. Humphries ruled that Section 1981 extends to retaliation claims.**

**9. 42 U.S.C 1983 Civil action for deprivation of rights Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except**

**that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.**

**10. 42 U.S.C 1985 Conspiracy to interfere with civil rights.**

**(1) Preventing officers from performing duties.**

**(2) Obstructing justice; intimidating party, witness, or juror.**

**(3) Depriving persons of rights or privileges.**

**Title VI's nondiscrimination protections must prove intentional discrimination.**

**Alexander v. Sandoval, 532 U.S. 275, 280–81 (2001).**

**Private parties may also file administrative complaints with federal agencies alleging that a recipient of the agency's federal financial assistance has engaged in intentional discrimination the federal agency providing the assistance may investigate these complaints.**

**Arlington Heights Framework, many cases of intentional discrimination are not proven by a single type of evidence. Rather, many different kinds of evidence-direct and circumstantial, statistical and anecdotal-are relevant to the showing of intent and should be assessed on a cumulative basis.**

**Arlington Heights, 429 U.S. at 266–68, and its progeny set forth a variety of factors probative of intent to discriminate.**

**Under this method of proving intent, the court or investigating agency analyzes whether discriminatory purpose motivated a recipient's actions by examining factors such as statistics demonstrating a "clear pattern unexplainable on grounds other than" discriminatory ones,**

**"The historical background of the decision."**

**"The specific sequence of events leading up to the challenged decision".**

**The defendant's departures from its normal procedures or substantive conclusions, and the relevant "legislative or administrative history."**

**Faith Action for Community. Equity v. Hawai'I, No. CIV. 13-00450 SOM, 2015 WL 751134, at *7 (D. Haw. Feb. 23, 2015) (Title VI case citing Pac. Shores Props., LLC v. City of Newport Beach, 730 F.3d 1142, 1158–59 (9th Cir. 2013)); see also Sylvia Dev. Corp. v. Calvert Cty., 48 F.3d 810, 819 (4th Cir. 1995)(adding to the Arlington Heights factors evidence of a "consistent pattern" of actions of decision-makers that have a much greater harm on minorities than on non- minorities).**

**When a recipient applies different procedural processes or substantive standards to requests of minorities and non-minorities, the use of such different processes or standards, when a non-minority receives more favorable treatment, may raise an inference of discriminatory intent.**

**"These factors are non-exhaustive." Pac. Shores Props., 730 F.3d at 1159.**

**McDonnell-Douglas Framework, Another common way to prove intentional discrimination is to establish that a recipient treated similarly situated individuals differently because of race, color, or national origin.**

**The Americans with Disabilities Act (ADA) is a Civil Rights Law which prohibits, discrimination based on disability.**

**Nevertheless, ADA does not apply to the Federal Judiciary.**

**ADDITIONALLY**

**The Judicial Conference policy requires Federal Courts to provide Reasonable Accommodations to the deaf or hearing impaired, or persons with other Communication Disabilities.**

**This would mean that the Federal Government has conducted millions of**

**hearings in which it has made an order or ruling in cases involving those with Disabilities, which is ILLEGAL a Individual may not be Fully Immune and Permitted to DISCRIMINATE, that's unheard of and will not be accepted by me if no one else, Enforcement Action.**

**DECEPTIVE DISCRIMINATORY PRACTICE**

**Ruling, Judging, Administering, Ordering, or Participating in any activity in which Person is Immune, with Power to Discriminate, Is a Prohibited activity and I find all Federal District Courts and Appellate Division as well Directly Liable, and if Law does not allow, I'm prepared to change that Law now, starting with my Complaints here with you.**

**The Institutionalizing of American Citizens by way of Prisons, false Democracy in a Manipulated Society Full of Lies, Black Code, Laws, Rules, Policies, Politics, systemically set to divide us.**

**This raises many questions as to population within both Federal Corrections Facilities, and as while Federal Psychiatric Institution for the mentally Impaired and likewise their conservatorship and appointed trustee or power of attorney.**

**INVESTIGATION(s) ARE REQUIRED**

**CRIMINAL BACKGROUND RECORDS AND PUBLIC RECORDS**

**That's a hoax pulled over Americans' eyes, specifically those Black, Color, Race, Minorities, Disabled, and my American peers of all Colors Races and Creed that bleed.**

**MULTI DEFENDANTS NO ISSUE**

**Consumer reporting Agencies, landlords, owners, property management, has no requirement to hold housing and shouldn't have any due to the Governments Disparate Records.**

**Second, Consumer reporting agencies, landlords, owners, property**

**management, nor the person to whom the records belong have the knowledge, skill or ability to evaluate a Disparate record and make a determination if person(s) is fit for housing.**

**A Disparate Criminal Background record requires an intervention in which A Court action is required, meaning housing is subjected to delay or denial without comparison or another but the Government.**

**Following that it's,**

**WHERE DO THE RAPIST LIVE ATTORNEY GENERAL MERRICK**

**When you release a RAPIST from prison or a mental hospital in a year or two, should women and children worry that men sleeping in corner parks or in the downtown areas are RAPIST because where else can they live?**

**No different from those of Color Race Minorities Disabled Man,**

**$o "where Should we live?" the Same neighborhoods that killed the kids, so we can be charged with hanging with gang members again, with respect to my brother, Nipsey Hussles who was killed by his own, oddly men violated by parole, return back again.**

**The American Federal Government is Intentionally Suppressing the Black Man Hispanic and Disabled Men and taking away their Freedom, Rights and Feeding the Land to Corporations to Further Shadow the Wrongdoing.**

**UNAUTHORIZED PRACTICE OF LAW**

**When a person or company says or does something on behalf of another person that involves legal discretion or making a decision about legal matters, that is the practice of law.**

**It is the unauthorized practice of law for a person to exercise legal discretion on behalf of another person, or practice law for another person, when they are not legally authorized to do so.**

**ADMISSION TO PRACTICE LAW**

**To practice law the following requirements must be met, otherwise person(s) is operating illegally.**

**Admission to the practice of law (admission to the bar of a state) is governed by rules and regulations promulgated solely by a state's courts, legislatures, and/or bar association. The rules must not violate the constitutional requirements of due process and equal protection in the Fourteenth Amendment or be unrelated to one's ability to practice law.**

**The general requirements for admission to the bar are similar throughout the fifty states.**

**An applicant must have good moral character, be a resident (or employed) in the state, have graduated from an accredited/certified law school, and pass a bar examination.**

**Exceptions to these general requirements are occasionally made.**

**State bar examinations generally consist of two parts.**

**The first part is a Multistate Bar Examination which tests one's knowledge in basic areas of the law.**

**The second part is specifically focused on the law of the individual state.**

**A number of states also require the Multistate Professional Responsibility**

**Upon admission to the bar an attorney normally must take an oath declaring their obligations to the court, state, and country as an officer of the court, register with the court and receive a license to practice.**

**Psychiatry is the branch of medicine focused on the diagnosis, treatment and prevention of mental, emotional and behavioral disorders.**

**Deceptive Discriminatory Practices.**

**Background Check records reports public records SafeRent Solutions**

**CoreLogic Credco. Progress Residential Management. Experian.**

**CLAIMS**

**CoreLogic Intelligence Using our unrivaled ability to collect and analyze data, our world-class team of housing marketing professionals, scientists and economists empower you with the best guidance around.**

**SafeRent helps property managers, landlords, and real estate agents cover the entire applicant lifecycle – from shopping and applying for a lease, resident screening to securing renters insurance and residing in the community. Notice here Given,. Respectfully Submitted,.**

**Andre Darnell. Arnold.**

**JUDICIAL NOTICE HUMAN RIGHTS LEGISLATIVE FACTS**

**Article I:**

**All human beings are born free and equal in dignity and rights.**

**They are Endowed with reason and conscience and should act towards one another in a Spirit of brotherhood.**

**Article 2:**

**Everyone is entitled to all the rights and freedoms set forth in this Declaration, Without distinction of any kind, such as race, color, sex, language, religion, Political or other opinion, national or social origin, property, birth or other status.**

**Furthermore, no distinction shall be made on the basis of the political, Jurisdictional or international status of the country or territory to which a person Belongs, whether it be independent, trust, non-self-governing or under any other Limitation of sovereignty.**

**Article 3: Everyone has the right to life, liberty and the security of a person.**

**Article 4: No one shall be held in slavery or servitude; slavery and the slave trade shall be Prohibited in all their forms.**

**Article 5: No one shall be subjected to torture or to cruel, inhuman or degrading treatment or punishment.**

**Article 6: Everyone has the right to recognition everywhere as a person before the law.**

**Article 7: All are equal before the law and are entitled without any discrimination to equal Protection of the law. All are entitled to equal protection against any Discrimination in violation of this Declaration and against any incitement to such Discrimination.**

**Article 8:**

**Everyone has the right to an effective remedy by the competent national tribunals For acts violating the fundamental rights granted him by the constitution or by law.**

**Article 9:**

**No one shall be subjected to arbitrary arrest, detention or exile.**

**Article 10: Everyone is entitled in full equality to a fair and public hearing by an independent And impartial tribunal, in the determination of his rights and obligations and of any Criminal charge against him.**

**Article 11:**

**1. Everyone charged with a penal offense has the right to be presumed innocent until proven guilty according to law in a public trial at which he Has had all the guarantees necessary for his defense.**

**2. No one shall be held guilty of any penal offense on account of any act or Omission which did not constitute a penal offense, under national or International law, at the time when it was committed. Nor shall a heavier**

**Penalty be imposed than the one that was applicable at the time the penal Offense was committed.**

**Article 12:**

**No one shall be subjected to arbitrary interference with his privacy, family, home Or correspondence, nor to attacks upon his honor and reputation. Everyone has The right to the protection of the law against such interference or attacks.**

**Article 13:**

**Everyone has the right to freedom of movement and residence within the Borders of each State.**

**1. Everyone has the right to leave any country, including his own, and to Return to his country.**

**Article 14:Everyone has the right to seek and to enjoy in other countries asylum from Persecution.**

**the purposes and Principles of the United Nations.**

**Article 15:**

**1. Everyone has the right to a nationality.**

**2. No one shall be arbitrarily deprived of his nationality nor denied the right to Change his nationality.**

**Article 16:**

**1. Men and women of full age, without any limitation due to race, nationality or religion, have the right to marry and to found a family.**

**2. They are entitled to equal rights as to marriage, during marriage and at its dissolution.**

**1. Marriage shall be entered into only with the free and full consent of the**

**Intending spouses.**

**2. The family is the natural and fundamental group unit of society and is Entitled to protection by society and the State**

**Article 17:**

**1. Everyone has the right to own property alone as well as in association with Others.**

**2. No one shall be arbitrarily deprived of his property.**

**Article 18: Everyone has the right to freedom of thought, conscience and religion; this right Includes freedom to change his religion or belief, and freedom, either alone or in Community with others and in public or private, to manifest his religion or belief in Teaching, practice, worship and observance.**

**Article 19: Everyone has the right to freedom of opinion and expression; this right includes Freedom to hold opinions without interference and to seek, receive and impart Information and ideas through any media and regardless of frontiers.**

**Article 20:**

**1. Everyone has the right to freedom of peaceful assembly and association.**

**2. No one may be compelled to belong to an association.**

**Article 21:**

**1. Everyone has the right to take part in the government of his country, Directly or through freely chosen representatives.**

**2. Everyone has the right to equal access to public service in his country.**

**3. The will of the people shall be the basis of the authority of government; This shall be expressed in periodic and genuine elections which shall Be by universal and equal suffrage and shall be held by secret vote or by Equivalent free voting procedures.**

**Article 22: Everyone, as a member of society, has the right to social security and is entitled To realization, through national effort and international cooperation and in Accordance with the organization and resources of each State, of the economic, Social and cultural rights indispensable for his dignity and the free development of his personality.**

**Article 23:**

**1. Everyone has the right to work, to free choice of employment, to just and Favorable conditions of work and to protection against unemployment.**

**1. Everyone, without any discrimination, has the right to equal pay for equal Work.**

**2. Everyone who works has the right to just and favorable remuneration Ensuring for himself and his family an existence worthy of human dignity, And supplemented, if necessary, by other means of social protection.**

**3. Everyone has the right to form and to join trade unions for the protection of His interests.**

**Article 24: Everyone has the right to rest and leisure, including reasonable limitations of Working hours and periodic holidays with pay.**

**Article 25:**

**1. Everyone has the right to a standard of living adequate for the health and Well-being of himself and of his family, including food, clothing, housing And medical care and necessary social services, and the right to security In the event of unemployment, sickness, disability, widowhood, old age or other lack of livelihood in circumstances beyond his control.**

**2. Motherhood and childhood are entitled to special care and assistance. All Children, whether born in or out of wedlock, shall enjoy the same social Protection.**

**Article 26:**

**1. Everyone has the right to education. Education shall be free, at least in the Elementary and fundamental stages. Elementary education shall be Compulsory.**
**Technical and professional education shall be made Generally available and higher education shall be equally accessible to all on the basis of merit.**
**2. Education shall be directed to the full development of human Personality and to the strengthening of respect for human rights and Fundamental freedoms. It shall promote understanding, tolerance and Friendship among all nations, racial or religious groups, and shall further the activities of the United Nations for the maintenance of peace.**
**3. Parents have a prior right to choose the kind of education that shall be Given to their children.**
**Article 27:**
**1. Everyone has the right freely to participate in the cultural life of the Community, to enjoy the arts and to share in scientific advancement and Its benefits.**
**2. Everyone has the right to the protection of the moral and material interests Resulting from any scientific, literary or artistic production of which he is the.**
**Article 28: Everyone is entitled to a social and international order in which the rights and Freedoms set forth in this Declaration can be fully realized.**
**Article 29:**
**1. Everyone has duties to the community in which alone the free and full Development of his personality is possible.**
**2. In the exercise of his rights and freedoms, everyone shall be subject only to such limitations as are determined by law solely for the purpose of Securing due recognition and respect for the rights and freedoms of others And of meeting the just requirements of morality, public order and the General**

**welfare in a democratic society.**

**3. These rights and freedoms may in no case be exercised contrary to the Purposes and principles of the United Nations.**

**Article 30:**

**Nothing in this Declaration may be interpreted as implying for any State, group or Person any right to engage in any activity or to perform any act aimed at the destruction of any of the rights and freedoms set forth herein.**

## SECTION VIII: DISCRIMINATION RETALIATION

**Title VI: Supports Retaliation Claims.**

**See, e.g., Peters v. Jenney, 327 F.3d 307, 318 (4th Cir. 2003);**

**Chandamuri v. Georgetown Univ., 274 F. Supp. 2d 71, 83 (D.D.C. 2003);**

**Gutierrez v. Wash. Dep't of Soc. & Health Servs., CV-04-3004-RHW, 2005 WL 2346956, at *5 (E.D. Wash. Sept. 26, 2005).**

**When a person reasonably believes that he or she has been the victim of discrimination that Title VI or other federal law prohibits, or has witnessed another person being discriminated against, that person should be able to report the alleged discrimination without fear of retaliation or fear that doing so will further jeopardize accessing benefits or services.**

**Similarly, a person should be free to access the services, programs, and activities that federal financial assistance supports without fear that a recipient might discriminate against him or her merely for seeking access.**

**The Supreme Court has defined retaliation as an intentional act in response to a protected action. Jackson v. Birmingham Bd. Of Educ., 544 U.S. 167, 173-74 (2005).**

**Citing Jackson, the court in Gutierrez underscored the intentional nature of a**

**retaliation complaint, Retaliation is by definition, an intentional act.**
**It is a form of "discrimination" because the complainant is being subjected to differential treatment. Gutierrez, 2005 WL 2346956, at *5.**
**The complaint of matter need not be a complaint, it can be any lawful conduct that an individual engages in connected with a protected right.**
**Bivens Claim Against Federal Defendant in Individual Capacity**
**Elements and Burden of Proof.**
**In 1971, the Supreme Court in Bivens adopted an "implied cause of action theory" that permits a plaintiff to seek damages from federal officers for the unreasonable search and seizure in the plaintiff's home.**
**See Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971).**
**Since then, the Supreme Court has recognized a Bivens action in two other contexts: a claim asserting that a Congressman discriminated on the basis of gender in employment, in violation of the Fifth Amendment due process clause, Davis v. Passman, 442 U.S. 228 (1979), and an Eighth Amendment claim for cruel and unusual punishment against federal jailers for failing to treat a prisoner's severe asthma. Carlson v. Green, 446 U.S. 14 (1980).**
**The most recent Supreme Court decision discussing the scope of a Bivens action is Egbert v. Boule, 596 U.S. 482 (2022). Egbert "emphasized that recognizing a cause of action under Bivens is a 'disfavored judicial activity.'" Id. at 1803 (quoting Ziglar v. Abassi, 582 U.S. 120, 121 (2017)).**
**With that consideration in mind, Egbert explained that to determine whether a Bivens remedy exists in a particular case, the court must undertake a two-step process. At the first step, a court must "ask whether the case presents a new Bivens context-i.e., is it meaningfully different from the three cases in which the [Supreme] Court has implied a damages action." Id. at**

**1803 (internal quotations and alterations omitted). The three cases in which the Supreme Court has held that the Constitution provides an implied cause of action through which plaintiffs can seek damages from federal officers who violate their constitutional rights are Bivens, in which the Court held that a plaintiff could seek damages from the Federal Bureau of Narcotics agents who allegedly violated his Fourth Amendment right to be free from unreasonable searches and seizures; Davis v. Passman, 442 U.S. 228 (1979), in which the Court provided a remedy for the plaintiff who alleged that her employer, a Member of Congress, had discriminated against her because of her sex, which was a Fifth Amendment due process violation; and Carlson v. Green, 446 U.S. 14 (1980), in which the Court held that the estate of a deceased prisoner could seek damages from federal prison officials for violating the prisoner's Eighth Amendment right to be free from cruel and unusual punishment. Pettibone v. Russell, 59 F.4th 449, 454 (9th Cir. 2023). In Pettibone, id. at 455, the Ninth Circuit held that the plaintiff's asserted Bivens claim that the defendant violated the Fourth Amendment presented a new context because the federal officer defendant was of a different rank than the officers in Bivens, his actions took place at a higher level of generality than the Bivens officers, his legal mandate of directing a multi-agency operation to protect federal property under an executive order, and providing a Bivens remedy would create an increased risk of disruptive intrusion by the courts into the other branches' functioning. The Ninth Circuit likewise held in Mejia v. Miller, 61 F. 4th 663 (9th Cir. 2023), that the plaintiff's Bivens excessive force claim against Bureau of Land Management (BLM) agents created a new context because the alleged conduct occurred on public lands, not in the plaintiff's home, and a Fourth Amendment claim against BLM agents would have "systemwide consequences" for BLM's mandate to maintain order on public lands.**

**Further, in Harper v. Nedd, 71 F.4th 1181 (9th Cir. 2023), the court held that the plaintiff's Fifth Amendment due process Bivens claim presented a new context from Davis, because the claim involved a new category of defendants and the legal mandate the BLM officers were operating under (the Civil Service Reform Act of 1978 (CSRA)) was different from the one in Davis.**
**If the answer at the first step is yes, meaning that the "claim arises in a new context,**
**the second step dictates that "a Bivens remedy is unavailable if there are special factors indicating that the Judiciary is at least arguably less equipped than Congress to 'weigh the costs and benefits of allowing a damages action to proceed. Id. at 1803 (quoting Ziglar, 582 U.S. at 136).**
**"If there is even a single reason to pause before applying Bivens in a new Context, a court may not recognize a Bivens remedy. Id.**
**quoting Hernández v. Mesa, 589 U.S. 93, 102 (2020).**
**For example, A court may not fashion a Bivens remedy if Congress already has provided, or has authorized the Executive to provide,**
**an alternative remedial structure. Id. (quoting Ziglar, 582 U.S. at 1858).**
**The existence of an alternative remedial structure precludes a Bivens action even where the available remedial scheme does not provide monetary relief. Pettibone v. Russell, 59 F.4th 449, 457 (9th Cir. 2023) (quoting Egbert, 596 U.S. at 497); see also Stanard v. Dy, 88 F.4th 811, 818 (9th Cir. 2023) (concluding Fifth Amendment claim for disparate treatment between pre-trial and post-sentencing inmates arises in new context but special factors existed, therefore Bivens remedy not available.) Nor may a Bivens cause of action lie "where national security is at issue." Egbert, 596 U.S.. at 494. See also Pettibone, 59 F.4th at 455 (quoting Ziglar, 582 U.S. at (122) (holding that Bivens remedy cannot be extended where,**

**"because defendant was carrying out an executive order, providing a Bivens remedy. would carry a greater risk of 'disruptive intrusion by the Judiciary into the functioning of other branches' than was present in Bivens"). See also Mejia, 61 F.4th at 669 (explaining plaintiff has alternative remedies to address his grievance); Marquez v. Rodriguez, 81 F.4th 1027 (9th Cir. 2023) (rejecting the Bivens claim of a pretrial detainee alleging that federal correctional officers failed to protect him from other detainees because the claim presents a new Bivens context, there were no special factors, and Congress has already legislated on prison administration without providing a damages remedy against jail officials).**

**A Bivens defendant is at risk of personal liability, including punitive damages, and a plaintiff is entitled to a jury trial in a Bivens action. See Carlson, 446 U.S. at 22. Because a Bivens action is brought against a federal official in the official's personal capacity, it is not considered to be an action against the United States and thus is not barred by sovereign immunity.**

**Use this instruction only in conjunction with an applicable "particular rights" instruction, such as Instructions 9.9–9.33, modified as necessary to reflect that the defendant is a federal actor, not a state actor. Such an instruction should set forth the additional elements a plaintiff must establish to prove the violation of a particular constitutional right.**

**To be individually liable in a Bivens action, an individual must personally participate in an alleged deprivation of rights. See Avalos v. Baca, 596 F.3d 583, 587 (9th Cir. 2010). In a Bivens action, as with a § 1983 action, "the plaintiff must also demonstrate that the defendant's conduct was the actionable cause of the claimed injury." Harper v. City of Los Angeles, 533**

**F.3d 1010, 1026 (9th Cir. 2008).**

**"To meet this causation requirement, the plaintiff must establish both causation-in-fact and proximate causation." Id.**

**In a Bivens action, a supervisor can be held liable in his or her individual capacity only if (1) he or she personally participated in the constitutional violation, or (2) there is a "sufficient causal connection between the supervisor's wrongful conduct and the constitutional violation." Hansen v. Black, 885 F.2d 642, 645-46 (9th Cir. 1989); see also Chavez v. United States, 683 F.3d 1102, 1110 (9th Cir. 2012) ("[T]aking qualified immunity into account, a supervisor faces liability under the Fourth Amendment only where it would be clear to a reasonable [supervisor] that his conduct was unlawful in the situation he confronted.") (quotation marks omitted; first brackets added; second brackets in original). Moreover, for liability to attach, supervisors must have actual supervisory authority over the government actor who committed the alleged violations. See Felarca v. Birgeneau, 891 F.3d 809, 820 (9th Cir. 2018). In other words,**

**"[t]hey cannot be supervisors of persons**
**beyond their control." Id.**

**If the plaintiff alleges that a supervisor personally participated in a constitutional violation, use the instruction shown above. If, however, the plaintiff alleges that a subordinate committed a constitutional violation and there is a causal connection between the violation and the supervisor's wrongful conduct, use Instruction 9.4 and replace "state law" with "federal law."**

**One of the defenses that may be available to a federal official in a Bivens lawsuit is official immunity from actions for damages. There are two types of official immunity available as affirmative defenses: absolute and qualified.**

**Absolute immunity is often granted to judges, prosecutors, legislators, and the President, so long as they are acting within the scope of their duties. Qualified immunity applies to all other federal officials. See Harlow v. Fitzgerald, 457 U.S. 800, 807-808 (1982).**

**For purposes of immunity, we have not distinguished actions brought under 42 U.S.C. § 1983 against state officials from Bivens actions brought against federal officials." Antoine v. Byers & Anderson, Inc., 508 U.S. 429, 433 n.5 (1993). For a discussion of qualified immunity under § 1983, see Comment at Instruction 9.34.**

**Both AI (artificial intelligence) and ML (machine learning) are used to obtain criminal background information, with AI acting as the overarching technology that often utilizes machine learning algorithms to analyze large datasets of public records and identify patterns related to criminal history, allowing for automated background checks.**

**Key points about using AI and ML for criminal background checks.**

**Data analysis:**

**AI and ML algorithms can efficiently scan through vast amounts of data from various sources like court records, databases, and social media to identify potential criminal activity.**

**Pattern recognition:**

**By analyzing patterns in the data, these algorithms can flag potential inconsistencies or red flags related to criminal history.**

**Automation**

**This technology significantly streamlines the background check process by automating the data collection and analysis steps, providing faster results.**

**Data analytics is a multidisciplinary field.**

**There is extensive use of computer skills, mathematics, statistics, the use of**

**descriptive techniques and predictive models to gain valuable knowledge from data through analytics**

**Organizations may apply analytics to business data to describe, predict, and improve business performance.**
**Specifically, areas within analytics include descriptive analytics, diagnostic analytics, predictive analytics, prescriptive analytics, and cognitive analytics**
**The study, led by researchers at the Massachusetts Institute of Technology (MIT), analyzed the behavior of various AI systems and was published in the journal Cell Press. The findings highlighted a troubling trend, AI programmed for specific tasks is learning to exploit loopholes and deceive users to achieve success. Artificial intelligence (AI) systems are developing the ability to deceive humans and manipulate them to achieve their goals, new research has discovered. The researchers found that AI systems can strategically withhold information or even create false information to trick humans into certain actions, highlighting that this ability to deceive can have serious consequences. This deception extends to AI intentionally misleading safety tests. Digitally immortalizing departed loved ones comes with ethical concerns, Study calls for cautious design of AI 'deadbots'**
**The ability to 'lie' and 'deceive' poses serious threats, from short-term risks such as fraud and election tampering to long-term ones like losing control of AI systems. The paper defined deception as "the systematic inducement of false beliefs in the pursuit of some outcome other than the truth."**
**Rohini Krishnamurthy, Published on, 13, May 2024**
**AI might have a negative effect on your quality of life, a new study suggests. A recent study says that exposure to new workplace technologies such as AI can**

**negatively affect people's quality of life. Increased usage of these technologies might lead to job insecurity, increased workload etc.**

**AI's capability to analyze vast market data sets offers landlords and investors valuable insights into current trends and future market predictions.**

**This data is crucial for making informed investment decisions and ensuring long-term profitability and growth. Access to housing is imperative to overall well-being, economic and social advancement, and safety.**

**As the 2023 "Executive Order on the Safe, Secure, and Trustworthy Development and Use of Artificial Intelligence" highlights, AI has the potential to exacerbate unlawful discrimination in housing, including by automated or algorithmic tools used to make decisions about access to housing and in other real estate transactions.**

**Lisa Rice, President and CEO of the National Fair Housing Alliance, stated in a Senate AI insight forum, These systems are still performing their originally-intended function, perpetuating disparate outcomes and generating tainted, bias-laden data that serve as the building blocks for automated systems like tenant screening selection, credit scoring, insurance underwriting, insurance rating, risk-based pricing, and digital marketing technologies.**

**The ability of automated systems to scale can lead to, reinforce, or perpetuate discriminatory outcomes if they are not controlled.**

**Artificial intelligence (AI) can be used to review background checks for new hires, but there are some concerns about the technology, Data interpretation AI may not interpret data correctly or may be influenced by faulty input, which could lead to incorrect assessments.**

**In the Dred Scott Case the U.S. Supreme Court on March 6, 1857, ruled (7–2) that a slave (Dred Scott) who had resided in a free state and territory (where slavery was prohibited) was not thereby entitled to his freedom; that**

**African Americans were not and could never be citizens of the United States. Overturned by the 13th and 14th amendments to the Constitution, which Abolished Slavery and Declared all Persons Born in the United States to be Citizens of the United States.**

**Title VIII of the Civil Rights Act of 1968, Pub. L. No. 90-284, 82 Stat. 73 (1968). The FHA, as amended, is codified at 42 U.S.C. §§ 3601–3619 (2015).**

**42 U.S.C 3613 Enforcement by private persons; (c)(1)(2)**

**The 1857 Supreme Court case Dred Scott v. Sandford ruled that enslaved people were not citizens of the United States and could not sue in federal court. The majority opinion, written by Chief Justice Roger B. Taney, also stated that Congress could not prohibit slavery in federal territories and that the Missouri Compromise was unconstitutional.**

**Dred Scott decision, legal case in which the U.S. Supreme Court on March 6, 1857, ruled (7–2) that a slave (Dred Scott) who had resided in a free state and territory (where slavery was prohibited) was not thereby entitled to his freedom; that African Americans were not and could never be citizens of the United States.**

**overturned by the 13th and 14th amendments to the Constitution, which abolished slavery and declared all persons born in the United States to be citizens of the United States.**

**REPLY to 155 Statement of Resolved and Unresolved Issues,**

**152 MOTION to Amend/Correct148 MOTION Relief From a Judgment RULE 60 AMENDED NOTICE AND MOTION ,151 MOTION to Amend/Correct78 MOTION to Amend/Correct CONSTITUTIONAL FEDERAL CIVIL RIGHTS ENFORCEMENT ACTION FHA ,156 MOTION CRIME OR FRAUD BY CLIENT re154 Order on Motion to Strike,110 Request,94 Response to Motion,112 Response to**

**Petition/Request/Application,153 Order on Motion - Free,82 MOTION to Strike,133 Statement,95 Response,148 MOTION Relief From a Judgment by Saferent Solutions LLC. (Atallah, John)**

**REPLY TO: ECF No. 158-2,**

**DECLARATION OF JOHN J. ATALLAH IN SUPPORT OF DEFENDANT'S MOTION FOR AN ORDER DESIGNATING PLAINTIFF A VEXATIOUS LITIGANT, DEEMING HIS FILINGS**

**REPLY TOE CF No. 158,**

**FRIVOLOUS, AND ENJOINING FURTHER FILINGS.**

**DEFENDANT'S MOTION FOR AN ORDER DESIGNATING PLAINTIFF A VEXATIOUS LITIGANT, DEEMING HIS FILINGS FRIVOLOUS, AND ENJOINING FURTHER FILINGS.**

**Discriminatory housing practice means an act that is unlawful under section, 804, 805, 806, or 818 of the Fair Housing Act.**

**The Defendants, SafeRent Solutions LLC fka**

**CoreLogic Rental Property Solutions LLC is in violations of;**

**The Fair Housing Act & American with Disabilities Act**

**Disparate Impact -Discriminatory Effect**

**Criminal Background Check - criminal records - public records, alike.**

**Disparate Treatment Direct Harassment**

**ADA Disparate Treatment Direct Harassment**

**42 U.S.C 3604**

**Discrimination in the sale or rental of housing and other prohibited practices**

**(a)(b)(f)(1) (A)(B)(C)(2)(A)(B)(C)**

**42 U.S. Code § 3617 Interference, coercion, or intimidation.**

**sec. 818. Sec. 804 42 U.S.C 3631**

**Violations; penalties (a)(b)(1)(2) 42 U.S. Code Subchapter III**

**Mr. Arnold Respectfully Request an Order Striking any and all Responses, Reply's Request Motions, Answers, Additionally It's Requested That the District Court Remove and Barriers set, Mr. Arnold Request that the Hon. Denise Page Hood removed Barred from filing.**

**The entire File Provided by the Defendants is Fraudulent, and requires further Investigations, All Act. Duty Owed, Compel.**

**Mr. Arnold Ask that All of his Motions Notices, Complaints, be reviewed and On the Motion applied,. It's also requested that No Payments be made to The Defendants, and That The Defendants and It's attorney's be made to pay all damages owed to Me. Arnold his Wife legal Fees Appointments and Honor with Judgement In Favor of The Plaintiff.**

**Mr. Arnold Reasonable Accommodations Please.**

**Rule 60. Relief from a Judgment or Order**

**(b) Grounds for Relief from a Final Judgment, Order, or Proceeding. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:**

**(1) mistake, inadvertence, surprise, or excusable neglect;**

**(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);**

**(3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;**

**(4) the judgment is void;**

**(5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or**

**(6) any other reason that justifies relief.**

**(c) Timing and Effect of the Motion.**

**(1) Timing. A motion under Rule 60(b) must be made within a reasonable time and for reasons (1), (2), and (3) no more than a year after the entry of the judgment or order or the date of the proceeding.**

**(2) Effect on Finality.**

**The motion does not affect the judgment's finality or suspend its operation.**

**(d) Other Powers to Grant Relief. This rule does not limit a court's power to:**

**(1) entertain an independent action to relieve a party from a judgment, order, or proceeding;**

**(2) grant relief under 28 U.S.C. §1655 to a defendant who was not personally notified of the action; or set aside a judgment for fraud on the court.**

**Respectfully Submitted**

**With Prayer For Relief**

**Protected Class Member(s)**

**Date: Oct, 17th. 2024.**

**Respectfully Submitted:** Andre D. Arnold

**Andre Darnell. Arnold**

**1314 Partridge ct.**

**Tecumseh MI 49286**

**803-900-2293**

**Sidndreroyalty@gmail.com**

**CERTIFICATE OF SERVICE**

**I hereby certify that On, Oct 17th. 2024. Mr. Arnold sent a true and correct copy of the foregoing document in the above action Andre Arnold v. SafeRent Solutions LLC Served via email to.**

**John J. Atallah Foley & Lardner LLP. 555 S. Flower Street, Suite 3300**
**Los Angeles, CA 90071-2418. 213.972.4834. jatallah@foley.com**

**I, declare under penalty of perjury under the laws of the United States**
**And the State of Michigan that the foregoing is true and correct.**

**Executed On, Tuesday, Oct. 17th. 2024.**

Andre D. Arnold

**Andre D. Arnold**